AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ADRIAN HUFF, as Chairman of the Board of
Trustees of TEAMSTERS LOCAL 445 FREIGHT
DIVISION PENSION FUND
V.
MID HUDSON STEEL CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV. 5926**

BRIEANT

TO: (Name and address of Defendant)

Mid Hudson Steel Corp.
Grammer, Dempsey & Hudson, Inc.
212 Rome Street
Newark, New Jersey 07101-1059

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAPIR & FRUMKIN LLP
399 Knollwood Road, Suite 310
White Plains, New York 10603

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**          JUN 2 1 2007
CLERK                                   DATE

(By) DEPUTY CLERK

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**ADRIAN HUFF, as Chairman of the Board**     Index No. 07 CIV. 5926
**of Trustee of TEAMSTERS LOCAL**     **JUDGE BRIEANT**
**445 FREIGHT DIVISION PENSION FUND,**     **AFFIDAVIT OF SERVICE**
        Plaintiff(s),
  -against-
**MID HUDSON STEEL CORP.,**
        Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK )
        S.S.:
COUNTY OF NEW YORK)

**TIMOTHY M. BOTTI**, being duly sworn, deposes and says:

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made, and is employed by the attorney service, DLS, INC.

That on the 5th day of July 2007, at approximately 1:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Mid Hudson Steel Corp. c/o Grammar Depsey at 212 Rome Street, Newark, NJ 07105, by personally delivering and leaving the same with Jack Jacquin, Office Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

Jack Jacquin is a white male, approximately 67 years of age, stands approximately 6 feet 1 inches tall, and weighs approximately 210 pounds with snow white hair and dark eyes wearing glasses. He has a mustache.

_____
**TIMOTHY M. BOTTI #843358**

Subscribed and sworn to this
9th day of July, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com