# SAPIR & FRUMKIN LLP

ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603
WRITER'S E-MAIL: WFrumkin@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FARRBACH**
WILLIAM F. CUSACK III

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.

TEL: (914) 328-0366
FAX: (914) 682-9198

PARALEGAL
RACHEL L. HORTON

September 18, 2007

*Via Facsimile and Regular Mail*
*Facsimile No. (914) 390-4085*

Hon. Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, New York 10601

    Re:    *Adrian Huff, et al., v. Mid Hudson Steel Corp.*
            *Civil Action No. 07 Civ. 5926 (CLB)(MDF)*
            *Our File No. 03-7418*

Dear Judge Brieant:

    We represent Adrian Huff, *et al.* (Plaintiff), in the above referenced matter. Your Honor ordered a Court Conference in the above referenced matter for Friday, September 21, 2007 (Court Conference). I am writing to notify the Court of recent developments in the above referenced matter and to request an adjournment of thirty days.

    On June 21, 2007, Plaintiff filed the Summons and Complaint in the above referenced matter. On July 5, 2007, the Summons and Complaint in the above referenced matter were served in accordance with Fed. R. Civ. P. Rule 5(b)(2)(A)(ii) by serving them on Jack Jacquin, Office Manager for Mid-Hudson Steel Corp. (Defendant), who indicated that he was an agent authorized by Defendant to receive service for Defendant. Defendant had until July 25, 2007 to file its Answer in the above referenced matter but failed to do so. To date, Defendant has not filed its Answer in the above referenced matter.

Hon. Charles L. Brieant            -2-            September 18, 2007
United States District Judge

On August 14, 2007, our firm received a telephone call from Donia F. Sawwan, Esq., of Fox Rothschild, LLP (FR) who indicated that FR represented Defendant. Ms. Sawwan requested an extension of thirty days to September 17, 2007, in which to file Defendant's Answer and otherwise respond to the Complaint. That day, we received a confirming letter by facsimile from Ms. Sawwan detailing the same.

On August 21, 2007, we received a telephone call from Keith R. McMurdy, Esq., of FR, who indicated that FR did not represent Defendant. Mr. McMurdy stated that FR represented Grammar, Dempsey & Hudson, Inc. (GDH), the parent corporation for Defendant, and could not file the Answer or otherwise appear for Defendant. Mr. McMurdy stated that Defendant is out of business and GDH is out of business and contemplating filing for bankruptcy.

On September 10, 2007, we notified Mr. McMurdy of the Court Conference. On September 11, 2007, we received a telephone call from Mr. McMurdy who stated that, because FR did not represent Defendant, FR could not appear at the Court Conference for Defendant. Mr. McMurdy stated that FR would receive service and file an Answer for GDH if the Complaint were amended to add GDH as an additional defendant. We are amending the Complaint to add GDH as a defendant and will promptly file the Amended Complaint with the Court upon completion.

We respectfully request that the Court Conference scheduled for this Friday, September 21, 2007, be adjourned for thirty days to allow Plaintiff to file an Amended Complaint with the Court, serve the Amended Complaint on FR, and allow GDH time to file its Answer to the Amended Complaint with the Court.

Thank you for your courtesies in this matter. If you have any questions, please do not hesitate to contact me.

                 Very truly yours,

                 William D. Frumkin (WF 2173)

WDF:WFC

cc:     Adrian Huff, Fund Chairman (Via Facsimile)
       Sharon Molinelli, Fund Administrator (Via Facsimile)
       David Kramer (Via Hand Delivery)
       Keith R. McMurdy, Esq. (Via Facsimile)

F:\APPLICAT\WP\TEAMSTER\Mid Hudson Steel Corp\Letters\L-Brieant.USDJ 09.18.07 wpd\rlh

# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG
ORITA NICAJ+

+also admitted in New Jersey

September 18, 2007

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

   Re: <u>Huth v. Haslun, et. al</u>, 07 Civ. 0152 (CLB)

Dear Judge Brieant:

  Given scheduling difficulties, defense counsel and I are jointly requesting that the discovery cut-off in the above-referenced action be extended until November 23, 2007.

                   Respectfully,

                   Jonathan Lovett

JL:clp
Cc: Seth Faber, Esq.

# SAPIR & FRUMKIN LLP
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN▲
KATHRYN E. WHITE··
EMILY A. ROSCIA
CRISTINA A. FAHRBACH··
WILLIAM F. CUSACK, III

*Admitted in N.Y. & CT.
··Admitted in N.Y. & N.J.
▲Admitted in N.Y. & MA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL I. HORTON

## FACSIMILE TRANSMITTAL SHEET

| TO: | FAX NUMBER: |
|---|---|
| 1) Hon. Charles L. Brieant | (914) 390-4085 |
| 2) Keith R. McMurdy, Esq. | (212) 692-0940 |
| 3) Adrian Huff, Fund Chairman | (845) 564-1769 |
| 4) Sharon Molinelli, Fund Administrator | (845) 564-1769 |

| FROM: | DATE: | NO. OF PAGES: 3 | CLIENT/MATTER: *Adrian Huff, as Chairman of the Board of Trustees of Teamsters Local 445 Freight Division Pension Fund v. Mid-Hudson Steel Corp.* Civil Docket No. 07 Civ. 5926 (CLB)(MDF) Our File No. 03-7418 |
|---|---|---|---|
| William D. Frumkin, Esq. | September 18, 2007 | (including cover sheet) Time: | |

**COMMENTS:**

ORIGINAL  WILL  ✗  FOLLOW      FIRST CLASS MAIL       ✗ TO JUDGE BRIEANT
         WILL NOT ☐  FOLLOW      OVERNIGHT SERVICE      ☐

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT THIS OFFICE IMMEDIATELY AT (914) 328-0366.

### PRIVILEGE AND CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT (OR SOMEONE RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT), PLEASE BE AWARE THAT ANY DISSEMINATION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.