UNITED STATES DISTRICT COURT  ECF Case
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 FREIGHT DIVISION
PENSION FUND,

                                       Civil Action No. 07 Civ. 5926
                   Plaintiff,                 (CLB)(MDF)

       - against -

MID-HUDSON STEEL CORP. and GRAMMAR,   **CIVIL CASE MANAGEMENT**
DEMPSEY & HUDSON, INC.,   **PLAN**

                  Defendants.
----------------------------------------x

**The Court requires that this case shall be ready for trial on or after February 22, 2008.**

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

This case **is not** to be tried by jury.

Joinder of additional parties must be accomplished by **November 23, 2007.**

Amended pleadings may be filed until **November 23, 2007.**

**Discovery:**

    1.    Interrogatories are to be served by all counsel no later than **December 14, 2007**, and responses to such interrogatories shall be served withing thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **shall** apply to this case.

    2.    First request for production of documents, if any, to be served no later than **December 14, 2007.**

    3.    Depositions to be completed by **February 8, 2008**.

        a.    Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

        b.    Depositions shall proceed concurrently.

        c.    Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

        d.    If the defense of qualified immunity from suit as a matter of law has been or will be asserted by any defendant(s) with respect to any claim(s) in the case, counsel for any such defendant(s) shall, within thirty (30) days of this order

depose plaintiff(s) at least concerning all facts relevant to the issue of qualified immunity. Within thirty (30) days thereafter defendant(s) shall serve consistent with Local Rule 6.1 and file a motion under Rule 12(c) or Rule 56, returnable on a date posted in the New York Law Journal by Judge Brieant for hearing motions. The motion shall, in the absence of agreement of counsel, be limited to the issue of qualified immunity, and plaintiff(s) version of the events shall be assumed true for the purposes of the motion. Failure to comply with this provision of this Order shall operate as a waiver of the opportunity to resolve the issue of qualified immunity by motion prior to trial.

4. Any further interrogatories, including expert interrogatories, to be served no later than **January 16, 2008**.

5. Requests to Admit, if any to be served no later than **January 16, 2008**.

6. Additional provisions relating to discovery agreed upon by counsel for the parties **are not** attached and made a part hereof.

7. All discovery is to be complete by **February 8, 2008**.

Dispositive motions, if any, must be served on notice as required by Local Civil Rule 6.1, and must be returnable before the Court on a published motion day, no later than three weeks before the ready for trial date.

Next case management conference ___2/29/08  9:00___. (this date will be set by the Court at the first conference)

Joint pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. Lisa Margaret Smith, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Strict compliance with the trial readiness date will re required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date for trial and will amend this Plan and Order to provide for trial readiness consistent with the agreed date.

SO ORDERED:
Dated: ___November 16, 2007___
White Plains, New York

_____
Charles L. Brieant, U.S.D.J.

F:\APPLICAT\WP\TEAMSTER\Mid Hudson Steel Corp\Litigation\Civil Case Management Plan.wpd\dp

2