# SAPIR & FRUMKIN LLP
### ATTORNEYS AT LAW
300 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603
WRITER'S E-MAIL: WCusack@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
WILLIAM F. CUSACK III
ELIZABETH E. HUNTER***

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
***ADMITTED IN N.Y. & CA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

February 29, 2008

<u>Via Facsimile and Regular Mail</u>
Facsimile No. (914) 390-4085

Hon. Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, New York 10601

    Re:    Adrian Huff, et al., v. Mid Hudson Steel Corp. and Grammer, Dempsey
             & Hudson, Inc.
             Civil Action No. 07 Civ. 5926 (CLB)(MDF)
             Our File No. 03-7418

Dear Judge Brieant:

      We represent Adrian Huff, et al. (Plaintiff), in the above referenced matter. I write regarding my conversation with your chambers yesterday wherein I was informed that, inter alia, the Court set a return date for partial summary judgment of Friday, May 9, 2008. Unfortunately, I will be out of town that day and will not be able to appear on behalf of Plaintiff. I respectfully request that the return date for partial summary judgment be moved to Friday, May 16, 2008. Defendant's counsel consents to my request.

      Thank you for your courtesies in this matter. If you have any questions, please do not hesitate to contact me at any time.

                                                  Respectfully,

                                                  William F. Cusack III (WC2497)

WFC:aa

    cc:    Adrian Huff, Fund Chairman (Via Facsimile)
            Sharon Molinelli, Fund Administrator (Via Facsimile)
            David Kramer (Via Hand Delivery)
            Keith R. McMurdy, Esq. (Via Facsimile)

F:\APPLICAT\WP\TEAMSTER\Mid Hudson Steel Corp\Letters\L-Brieant USDJ 02 29 08 wpd\jp