AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ADRIAN HUFF et al.

2nd AMENDED
SUMMONS IN A CIVIL ACTION

V.

MID HUDSON STEEL CORP. et al.

CASE NUMBER: 07 Civ. 5926 (CLB)(MDF)

TO: (Name and address of Defendant)

ZINC CONSTRUCTION CORP.
212 Rome Street
Newark, New Jersey 07105-3920

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SAPIR & FRUMKIN LLP
399 Knollwood Road, Suite 310
White Plains, New York 10603

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 03 2008

CLERK

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 07 Civ. 5926 (CLB) (MDF)
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**Adrian Huff, et al.**

    Plaintiff/Petitioner,

vs.

**Mid Hudson Steel Corp., et al.**

    Defendant/Respondent.

_____/

State of New Jersey
County of Somerset    ss.

I, **Duane Santos**, depose and say that:

I am a comptent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On 04/14/2008 at 11:45 AM, I served the within **SECOND AMENDED SUMMONS; SECOND AMENDED COMPLAINT; HON. CHARLES L. BRIEANT'S INDIVIDUAL RULES, HOM. MARK D. FOX'S INDIVIDUAL RULES; SDNY THIRD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; SDNY PROCEDURES FOR ELECTRONIC CASE FILING; SDNY GUIDELINES FOR ELECTRONIC CASE FILING** on **Zinc Construction Corp.** at **212 Rome Street, Newark, NJ 07105** in the manner indicated below:

By delivering a true copy of this process to **Evlyn Gonzolez, Office Manager** of the above named corporation and informing him/her of the contents.

Description of person served:
Sex: Female – Age: 37 – Skin: Hispanic – Hair: Black – Height: 5'6 – Weight: 130

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
____ day of _____, 20__
by an affiant who is personally known to
me, or produced identification.

_____
NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

Duane Santos – Process Server
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ   08876
908-707-1900

Atty File#:   – Our File# **11365**