*Brieant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF Case

------------------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of TEAMSTERS LOCAL 445 FREIGHT DIVISION PENSION FUND,

                                 Plaintiff,

- against -

MID-HUDSON STEEL CORP., GRAMMAR, DEMPSEY & HUDSON, INC., BRIDGEPORT STEEL CO., BUELL SPECIALTY STEEL CO., PABRICO STEEL FABRICATORS INC., ELKHART SCRAP METALS CORP., ELKHART SCRAP LIGHT HAULING, ZINC CONSTRUCTION CORP., and AIROTRAX, INC.,

                                   Defendants.

------------------------------------------x

Civil Action No. 07 Civ. 5926 (CLB)(MDF)

*Partial*

STIPULATION DISMISSING CLAIMS OF PLAINTIFF AS AGAINST DEFENDANTS ELKHART SCRAP METALS CORP. AND ELKHART SCRAP LIGHT HAULING *& orda*

IT IS HEREBY STIPULATED by and between plaintiff ADRIAN HUFF, as Chairman of the Board of Trustees of TEAMSTERS LOCAL 445 FREIGHT DIVISION PENSION FUND, and defendants, ELKHART SCRAP METALS CORP. and ELKHART SCRAP LIGHT HAULING (collectively referred to as Elkhart Defendants), through their respective attorneys, in the above-entitled action that all claims of Plaintiff against Elkhart Defendants, can and shall be DISMISSED with prejudice and without costs or attorneys fees to any party.

Dated: White Plains, New York
April 21, 2008

**SAPIR & FRUMKIN LLP**

By: _____
William F. Cusack III (WC2497)
399 Knollwood Road, Suite 310
White Plains, New York 10603
(914) 328-0366
Attorneys for Plaintiff Adrian Huff, *et al.*

Dated: Elizabeth, New Jersey
April 24, 2008

**MARY ANN MCFIELD ATTORNEY AT LAW**

By: _____
May Ann McField, Esq. (MM9600)
1209 East Grand Street, Suite 201
Elizabeth, New Jersey 07201
(908) 353-8224
Attorneys for Elkhart Defendants

SO ORDERED:

_____
CHARLES L. BRIEANT, U.S.D.J.

DATED: May 7 08