Exhibit 5

## SAPIR & FRUMKIN LLP

ATTORNEYS AT LAW

399 KNOLLWOOD ROAD, SUITE 310

WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL: RHorton@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN△
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
WILLIAM F. CUSACK III

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
△ADMITTED IN N.Y. & MA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

January 18, 2007

### *VIA UPS NEXT DAY AIR*

Sharon Molinelli, Fund Administrator
Teamsters Local 445 Funds
15 Stone Castle Road
Newburgh, New York 12550

        Re:    *Teamsters Local 445 Freight Division Pension Fund v. Mid-Hudson Steel Corp.*
              *Withdrawal Liability Installment Payment*
              Our File No. 03-7418

Dear Sharon:

      Enclosed please find corporate check no. 4472, dated January 5, 2007, in the amount of $2,817.70, which we received from Grammer, Dempsey & Hudson, Inc. on behalf of Mid-Hudson Steel Corp. ("M.S.C.") representing M.S.C.'s twenty-fourth withdrawal liability installment payment. If you have any questions, please do not hesitate to contact me.

                                          Very truly yours,

                                          Rachel L. Horton
                                          Paralegal

RLH:aa
Encl.

cc:    Douglas L. McCauley, Fund Chairman (Via UPS, w/encl.)

F:\APPLICAT\WP\TEAMSTER\Mid Hudson Steel Corp\Withdrawal Liability\l-molinelli.1.18.07.wpd\rlh