**Exhibit 8**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------

ADRIAN HUFF, as Chairman of the Board of Trustees
of TEAMSTERS LOCAL 445 FREIGHT DIVISION PENSION
FUND,

        Plaintiff,

                CIVIL ACTION NO. 07 CIV. 5926

        -against-

MID-HUDSON STEEL CORP., GRAMMAR, DEMPSEY & HUDSON,
INC., BRIDGEPORT STEEL CO., BUELL SPECIALTY STEEL
CO., PABRICO STEEL FABRICATORS INC., ELKHART SCRAP
METALS CORP., ELKHART SCRAP LIGHT HAULING, ZINC
CONSTRUCTION CORP., and AIROTRAX, INC.,
        Defendants.
----------------------------------------------

                300 Quarropas Street
                White Plains, New York
                April 30, 2008
                10:15 a.m.

      Deposition of the Defendant, GRAMMER, DEMPSEY

& HUDSON, INC., by and through JAMES F. HUDSON,

held pursuant to notice at the above time and

place before a Notary Public of the State of New

York.

                Valerie Tatavitto
                Shorthand Reporter

Page 2

APPEARANCES:

SAPIR & FRUMKIN, LLP
    Attorneys for the Plaintiffs
    399 Knollwood Road-Suite 310
    White Plains, New York 10603
BY: DANIEL T. DRIESEN, ESQ.


FOX ROTHSCHILD, LLP
    Attorneys for the Defendants
    100 Park Avenue-Suite 1500
    New York, New York 10017
BY: KEITH R. MC MURDY, ESQ.



ALSO PRESENT:
    Mr. Scott R. Abraham, Esq.

Page 3

JAMES F. HUDSON,
having been first duly sworn by Valerie
Tatavitto, a Notary Public within and
for the State of New York, was examined
    and testified as follows:
        * * * * * *
EXAMINATION BY MR. DRIESEN:
    Q.   State your name for the record,
please.
    A.   **James F. Hudson.**
    Q.   What is your address?
    A.   **212 Rome Street, Newark, New Jersey**
**07101.**
    Q.   Good morning, Mr. Hudson. My name is
Daniel Driesen. I'm an attorney with Sapir &
Frumkin. We represent plaintiffs in this matter
Adrian Huff president of Local 445 funds, the
various funds, as you're aware.
        Can you please state your name for
the record, full name.
    A.   **James F. Hudson.**
    Q.   Okay. And where do you reside?
    A.   **I reside in Westfield, New Jersey.**
    Q.   And what's your address?

Page 4

JAMES F. HUDSON
    A.   **249 Walnut Street, Westfield, New**
**Jersey 07090.**
        MR. DRIESEN: Okay. The time is
    10:15 by the way.
    Q.   Okay. Today, Mr. Hudson, you're here
to be deposed in connection with a litigation that
was brought about by Mr. Huff and the funds
regarding withdrawal liability.
        During the course of the deposition,
I'll ask you a number of questions. I ask that
you let me complete my question before you provide
an answer. I ask that your answers all be in the
form of a complete yes, no, not uh-huh or head
gestures or other things that won't appear on the
record.
    A.   **Okay.**
    Q.   If you have a question about what I'm
asking you, if you don't understand, if it's not
clear, I ask that you inform me immediately and
ask me to rephrase it, I'll be happy to do that.
Otherwise we will assume that you understood the
question as it was posed to you and that your
answer is to what was being asked.
        As your attorney mentioned before

Page 5

JAMES F. HUDSON
when we got here, if there's any reason why you
think we need to take a break, bathroom, what have
you, just let me know. That should be fine. All
I ask is that if there is a question pending that
you answer the question that's been asked of you
then you take your break.
        During the course of the questioning,
again, if you don't understand a question you can
certainly ask me to explain it. Your attorney
will certainly fulfill his functions as
representing you in the deposition, but you're not
allowed to consult with him about the answers that
need to be formed except with the matter if it may
encroach upon privilege, which I'm sure he'll
object to, but, again, I'm not asking about
communications you've had with counsel in
connection with this matter.
    A.   **Okay. So, in other words, I can't**
**ask him some question about how to answer a**
**question?**
    Q.   Correct. Unless you think that
question requires you to divulge some
communication that was privileged between you and
your counsel, you have to answer the question.

Page 6

JAMES F. HUDSON

1    You can't ask him how to formulate an answer.
2        A.   All right.  I'm not sure what
3    privileged will be.
4            MR. MC MURDY:  I'll let you know if
5        it comes up.
6        Q.   He'll be happy to jump in.  That's
7    why you're paying him.
8        A.   All right.
9        Q.   The only question I have for you at
10   this point before we start is:  Is there any
11   reason, medical or otherwise, why you believe you
12   would not be able to understand the questions I'm
13   asking today or to formulate an answer or recall
14   events as they pertain to the questions?
15       A.   No.
16       Q.   Okay.  Have you been deposed before?
17       A.   Yes.
18       Q.   And how many times have you been
19   deposed?
20       A.   Once.
21       Q.   And when was that?
22       A.   About 20 years ago.
23       Q.   Was that a business matter --
24       A.   Yes.

Page 7

JAMES F. HUDSON

1        Q.   -- related to your company?
2        A.   Yes.
3        Q.   What kind of -- what was the nature
4    of the claims?
5        A.   The nature of the claim was a
6    insurance matter where a piece of steel was
7    involved in the injury of a employee of a company
8    that we sold the steel to.
9        Q.   Okay.  Other than that, you've never
10   been deposed at any other time prior to today?
11       A.   That's correct.
12       Q.   Have you ever testified in court
13   under oath other than -- well, at any time?
14       A.   I was an officer in the Army and I --
15   we had court as a, you know, as a lieutenant, I
16   had to conduct court.  So that's the only
17   experience I've gotten.
18       Q.   Okay.  All right.  Before you
19   indicated your residence was in Westfield, New
20   Jersey.  With whom do you reside?
21       A.   Pardon me?
22       Q.   With whom do you reside?
23       A.   I don't understand the question.  You
24   mean my wife or -- no.  I reside by myself in

Page 8

JAMES F. HUDSON

1        Westfield, New Jersey.
2        Q.   And where are you employed,
3    Mr. Hudson?
4        A.   I am employed at Grammer, Dempsey &
5    Hudson in Newark, New Jersey.
6        Q.   Are you employed by any other
7    companies or entities?
8        A.   Yes.
9        Q.   What other companies or entities?
10       A.   I'm employed by Anderson Metals
11   Company.
12       Q.   And where are they located?
13       A.   They're in Huntingdon Valley,
14   Pennsylvania.
15       Q.   Any other companies?
16       A.   No.
17       Q.   Any other business entities
18   whatsoever that pay you any sort of compensation
19   or salary?
20       A.   I'm a director of two companies.
21       Q.   Which companies?
22       A.   One is Precision Kidd Steel Company.
23       Q.   Precision?
24       A.   Kid, K-I-D-D, Steel Company.  And the

Page 9

JAMES F. HUDSON

1        other one is Airtrax Incorporated.
2        Q.   Okay.  And you're a director with
3    both companies?
4        A.   Yes.
5        Q.   The companies that you listed,
6    Grammer, Dempsey & Hudson, Anderson Metals,
7    Precision Kidd Steel and Airtrax, are they
8    privately-held companies or are they
9    publicly-traded companies?
10       A.   Airtrax is publicly traded.  The
11   other ones are privately owned.
12       Q.   Do you have an ownership interest in
13   any companies other than the four that you've
14   listed that are privately held?
15       A.   No.
16       Q.   And the four companies that you
17   listed previously, do you have an ownership
18   interest in each of those companies?
19       A.   No.  I have an ownership interest in
20   Grammer, Dempsey.  Not in Anderson.  I have a
21   small ownership interest in Precision Kidd, and
22   Airtrax I have some publicly held stock, you know,
23   small amount.
24       Q.   Other than the four companies that

JAMES F. HUDSON

2  you listed, are you a director or officer for any
3  other companies?
4      A.  No.
5      Q.  Are you a board member for any
6  companies or businesses other than the four that
7  we listed?
8      A.  No.
9      Q.  These are the four companies that you
10  have an interest in as of today; correct?
11      A.  Yes.
12      Q.  Prior to today, were you an owner or
13  an employee of a company in the last -- strike the
14  question for a second.
15          Since 2004, have you been an owner,
16  an employee or a director of any company other
17  than the four that you listed here today?
18      A.  No.
19      Q.  Has any business that you worked for
20  or had an ownership interest in ever filed for
21  bankruptcy?
22      A.  Yes.
23      Q.  What business or businesses?
24      A.  I can't remember the name of the --
25  one of the businesses.  I was on the board of a

JAMES F. HUDSON

2  company 20 years ago that filed for bankruptcy,
3  maybe 30 years ago, and I can't remember the name
4  of it.
5      Q.  Other than that company, are there
6  any other businesses which you were an employee, a
7  director, an officer or had a ownership interest
8  in, if privately held, that declared bankruptcy?
9      A.  No.
10      Q.  Okay.  Company Mid-Hudson, is that
11  a -- Mid-Hudson Steel Corporation, is that a
12  business that you have been an owner, a director
13  or an employee of?
14      A.  Yes.
15      Q.  Okay.  And what is Mid-Hudson, what
16  business is it in?
17      A.  Mid-Hudson was in the business of
18  steel distribution.
19      Q.  You say was.  When did Mid-Hudson
20  cease operation?
21      A.  2004.
22      Q.  Okay.  Where was Mid-Hudson
23  physically located?
24      A.  It was located in Middletown, New
25  York.

JAMES F. HUDSON

2      Q.  Do you know the address?
3      A.  I recall it to be -- I think it was
4  109 Shaw Road physically.  It's actually the town
5  was Circleville, which is a -- on the outskirts of
6  Middletown, but our postal address was Middletown.
7      Q.  Did Mid-Hudson own or lease the
8  property on which it was located?
9      A.  No.  Excuse me.  I'm sorry, I made a
10  mistake.
11      Q.  No problem.
12      A.  We did not own the property.  We
13  leased it.  Mid-Hudson leased the property.
14      Q.  And from whom did Mid-Hudson lease
15  the property?
16      A.  A real estate corporation by the name
17  of Mid-Ford Corporation.
18      Q.  Do you have any professional
19  affiliation with Mid-Ford Corporation, ownership
20  interest, employee, officer?
21      A.  Yes.
22      Q.  Is Mid-Ford Corporation still an
23  active business?
24      A.  Not -- no, not really.
25      Q.  Well, has it --

JAMES F. HUDSON

2      A.  No.  It's not an active business.
3      Q.  Has it declared itself inactive in
4  any official capacity?
5      A.  No.
6      Q.  What was your relationship with
7  Mid-Ford Corporation?
8      A.  I was a partial owner.
9      Q.  Who else was a partial owner of
10  Mid-Ford?
11      A.  My father, my sister, my brother.
12  I'm not sure of the breakdown of it.
13      Q.  And your father's name is?
14      A.  James Hudson.
15      Q.  Same middle initial?
16      A.  No.  He's James Hudson.  No middle
17  initial.
18      Q.  And your sister's name?
19      A.  Judith.  She goes by Hudson although
20  she's married.
21      Q.  And what's her married name?
22      A.  Price.
23      Q.  P-R-I-C-E?
24      A.  Uh-huh.
25      Q.  And your brother's name?

JAMES F. HUDSON

A.  Morgan. J. Morgan Hudson.

Q.  So other than your father, your sister and your brother, were there any other owners of Mid-Ford Corporation?

A.  There may've been.

Q.  To the best of your recollection, who may've been an owner of Mid-Ford Corporation?

A.  My children and my brother's children and my sister's children.

Q.  What are your childrens' names?

A.  Andrew and James.

Q.  And your brother's childrens' names?

A.  Allison and Shelby.

Q.  Allison is spelled how?

A.  A-L-L-I-S-O-N.

Q.  Allison, Shelby. Any other children that were owners?

A.  No.

Q.  And your sister's children?

A.  Are Genevieve and -- I'm drawing a blank here. It will come to me in a half an hour. I just talked to her yesterday, a couple days ago. Her name begins with A, but I cannot think of it. I can't remember it.

JAMES F. HUDSON

Q.  Are your children minors or are they grown?

A.  No. None of these -- excuse me. My children are grown and so is Allison and Shelby. Genevieve and -- is not.

Q.  Okay. Do you know Allison's last name? Does she go by the name of Hudson or Price?

A.  Yes. Hudson.

Q.  And Shelby?

A.  Same.

Q.  Genevieve?

A.  Price.

Q.  So other than the relatives that you listed, do you recall any other owners of Mid-Ford Corporation?

A.  No.

Q.  And when was Mid-Ford Corporation -- when did it begin, when was it founded?

A.  I don't know. I would say -- I would estimate in the fifties.

Q.  1950s?

A.  Yeah. Just a guesstimate.

Q.  Was it started by your father?

A.  It may have been. He was definitely

JAMES F. HUDSON

one of the principals in it, probably. Well, I mean, not probably. He was definitely one of the principals, but I don't know if he had partners at the time.

Q.  But there came a time when the only principals in the company -- the only owners in the company were you and the various family members you listed?

A.  Right.

Q.  Can you recall approximately when that might have been, the ownership of Mid-Ford Corporation was solely -- solely consisted of you and your family members?

A.  Do I recall -- I don't understand the question.

Q.  Do you recall at what point, to the best of your recollection, that the ownership of Mid-Ford Corporation consisted solely of yourself and your family members that you listed?

A.  Do I recall at what point that occurred?

Q.  Yeah. What time frame?

A.  No. I don't know the time frame. As I indicated before I think it was formed in the

JAMES F. HUDSON

early fifties-ish and I would say we probably -- my father took control early sixties. That's a guesstimate.

Q.  And where was Mid-Ford Corporation? Where did they operate their business?

A.  Newark, New Jersey.

Q.  Do you know what address they operated from?

A.  P.O. Box 1059, Newark, New Jersey.

Q.  Okay. That's PO box, where were they physically located?

A.  212 Rome Street.

Q.  212 Rome Street?

A.  Right.

Q.  After Mid-Hudson ceased its operations at the location you provided to us in either Circleville or Middletown, what happened with respect to the property that it utilized?

A.  In what way do you mean? What happened to the property?

Q.  You indicated Mid-Ford owned the property, leased it out to Mid-Hudson --

A.  Mid-Ford sold the property.

Q.  It sold the property.

Page 18

JAMES F. HUDSON
1  JAMES F. HUDSON
2  A.  Right.
3  Q.  At what time, concurrent with the
4  ceasing of the operations of Mid-Hudson?
5  A.  Close to probably.
6  Q.  Do you know to what business or
7  entity Mid-Ford sold the property at which
8  Mid-Hudson was located?
9  A.  I don't know.
10  Q.  After the sale of the property that
11  we've been describing in Middletown or
12  Circleville, did Mid-Ford own or lease any other
13  properties of which you're aware?
14  A.  Yes. They owned some property in
15  North Carolina.
16  Q.  Does Mid-Ford still own that
17  property?
18  A.  No. Well, excuse me, I'm not sure.
19  I'm not sure. I'd have to --
20  Q.  So other than the possibility of
21  property in North Carolina, is there any other
22  property or any other assets that Mid-Ford
23  Corporation possesses -- possessed in 2004?
24  A.  No.
25  Q.  Do you know if Mid-Ford has filed any

Page 19

1  JAMES F. HUDSON
2  financial statements or tax returns since 2004?
3  A.  No. They have not. Maybe since
4  2005. I think they filed something in 2004.
5  Q.  Okay. We were talking about
6  Mid-Hudson Corporation.
7  A.  Yes.
8  Q.  Mid-Hudson Steel Corporation,
9  obviously if I refer to Mid-Hudson, I'm referring
10  to Mid-Hudson Steel Corporation. We have that
11  understanding?
12  A.  Yes.
13  Q.  Is there any other company that
14  operates with the name Mid-Hudson other than -- or
15  operated with the name of Mid-Hudson other than
16  Mid-Hudson Steel Corporation? Let me rephrase the
17  question.
18  A.  I don't think that's legal, is it?
19  Q.  Well, I just want to avoid confusion.
20  A.  No. It's Mid-Hudson Steel
21  Corporation. To the best of my knowledge, it's
22  just Mid-Hudson Steel.
23  Q.  Okay. And are you aware of any other
24  business that you were affiliated with that used
25  the name Mid-Hudson in its title?

Page 20

1  JAMES F. HUDSON
2  A.  No, no.
3  Q.  I only ask because I've had companies
4  where --
5  A.  Might be one in the world someplace.
6  Q.  But nothing that's affiliated with
7  you?
8  A.  No.
9  Q.  So when I refer to Mid-Hudson, we
10  know what I'm talking about?
11  A.  Right.
12  Q.  That's fine.
13  For how long had Mid-Hudson been in
14  business?
15  A.  I would say Mid-Hudson was in
16  business since the fifties. Might have been the
17  sixties. I'm not sure on that. I can say that I
18  know that it went back to -- I know they were in
19  business in 1970, 1968. So I presume that they
20  were in business prior to 1968 for a few years.
21  Q.  Was it always located at the address
22  that you provided for us in Circleville?
23  A.  Yes.
24  Q.  Now, in the year 2004, who were the
25  owners of Mid-Hudson Corporation?

Page 21

1  JAMES F. HUDSON
2  A.  Grammer, Dempsey & Hudson was the
3  owner.
4  Q.  So Grammer, Dempsey, Hudson, if I
5  refer to it as GDH you understand what I'm
6  referring to?
7  A.  Right.
8  Q.  So GDH was the sole owner of
9  Mid-Hudson Steel Corporation?
10  A.  Yes.
11  Q.  And your position with Mid-Hudson,
12  what was that prior to the company's ceasing
13  operation?
14  A.  I was president.
15  Q.  And how long had you held that
16  position?
17  A.  Twenty years approximately.
18  Q.  And was that your only role within
19  the company or did you have others?
20  A.  That was my only role.
21  Q.  Prior to being the president of the
22  company, did you have any position, any
23  affiliation, with Mid-Hudson?
24  A.  Well, I was a partial owner of
25  Grammer, Dempsey & Hudson would be my only

JAMES F. HUDSON

1
2   affiliation.
3       Q.   But you never held another title at
4   Mid-Hudson?
5       A.   No.
6       Q.   And as president of Mid-Hudson, what
7   were your job duties?
8       A.   To oversee the operation, talk and
9   provide guidance to the management of Mid-Hudson.
10      Q.   And in 2004, how many people were
11  employed by Mid-Hudson?
12      A.   Let's see, I'd say approximately six.
13      Q.   And prior to 2004, were there periods
14  when Mid-Hudson employed a greater number of
15  people?
16      A.   Yes.
17      Q.   What was the largest number of
18  employees that Mid-Hudson had during your tenure
19  as president?
20      A.   Mr. Driesen, I can't be specific on
21  that, but I would estimate it was probably about
22  eight.
23      Q.   Okay.
24      A.   We had -- let's see, we had two
25  inside, possibly an outside, might have been nine,

JAMES F. HUDSON

1
2   but I would say eight would be the best answer.
3   It could've maxed at nine. I'm not sure.
4       Q.   Okay. In the year prior to
5   Mid-Hudson ceasing operations, so roughly
6   August 2003 to August 2004, how many of your
7   employees were management employees?
8       A.   I would say one.
9       Q.   Yourself?
10      A.   No.
11      Q.   Other than yourself?
12      A.   No. Other than myself one.
13      Q.   Who was that?
14      A.   His name was Walter Dul, D-U-L.
15      Q.   D -- I'm sorry?
16      A.   D-U-L.
17      Q.   Okay. And what was his title?
18      A.   General manager.
19      Q.   And how long had Mr. Dul been
20  employed by Mid-Hudson?
21      A.   This is an estimate. I'd say a dozen
22  years.
23      Q.   And when did his employment terminate
24  with Mid-Hudson?
25      A.   It terminated when we closed the

JAMES F. HUDSON

1
2   operation.
3       Q.   Do you know where Mr. Dul's
4   employed -- strike that.
5           After you terminated the operation of
6   Mid-Hudson, do you know where Mr. Dul was
7   employed, if at all?
8       A.   No, I do not. I had -- I was -- no.
9   I'm not really sure.
10      Q.   Of the remaining employees of
11  Mid-Hudson during the year prior to its ceasing
12  operation, how many were, would you describe, as
13  office staff or administrative?
14      A.   Want to start the first part of the
15  sentence again?
16      Q.   Sure. During the year period prior
17  to the cessation of operation of Mid-Hudson, how
18  many of its employees were, would you
19  characterize, as office staff?
20      A.   Two.
21      Q.   And who were they?
22      A.   Walter Dul and a woman whose name I
23  can't recall anymore.
24      Q.   The woman that you can't recall, what
25  was her position with the company?

JAMES F. HUDSON

1
2       A.   Secretary/sales.
3       Q.   And the remaining employees of
4   Mid-Hudson, during the time period I just inquired
5   about, where were they employed? What were their
6   functions?
7       A.   They were called warehouseman.
8       Q.   And so how many of --
9       A.   Four.
10      Q.   Four of those.
11          Do you recall who they were?
12      A.   Their names?
13      Q.   Yeah.
14      A.   I can see their faces, but I can't
15  remember all their names at this point. It's been
16  four or five years.
17          Joel Reinhardt. The rest are first
18  names.
19      Q.   List what you can recall.
20      A.   Again, I could come back to that. I
21  will recall them. I --
22      Q.   That's fine.
23      A.   -- I know their faces.
24      Q.   That's fine. We can leave a space.

Page 26

1    JAMES F. HUDSON
2    * *DOCUMENT/DATA REQUESTED* *
3    A.   I did not sign the payroll.
4    Q.   Who did sign the payroll.
5    A.   Walter Dul or somebody in Newark.
6  Payroll person in Newark.
7    Q.   Someone in Newark?
8    A.   Newark, New Jersey.
9    Q.   An employee of Grammer, Dempsey
10  Hudson or --
11    A.   Yeah.  Right.
12    Q.   Okay.  Did -- first of all, was there
13  any other employees of Mid-Hudson other than the
14  people that we've discussed or people in the
15  positions that we've discussed, the warehouseman
16  and the two office?
17    A.   No.  That's it.  That's what I said.
18  There was six people.
19    Q.   Okay.
20    A.   And at the very end, there was
21  probably three in the warehouse, but I -- you said
22  for the year prior, so I took that four.  It may
23  have been two at the end or for a month or two.
24    Q.   Understood.
25    A.   Probably.  'Cause we -- I'm just sort

Page 27

1    JAMES F. HUDSON
2  of giving you the average for the year.
3    Q.   I know you indicated that Mid-Hudson
4  leased its property from Mid-Ford Corporation.
5     Its equipment that it used in its
6  daily functioning as a business, did it own its
7  equipment or did it lease its equipment from some
8  other entity are you aware?
9    A.   It owned its equipment and leased
10  equipment.
11    Q.   The leased equipment, do you know
12  from whom they leased the equipment?
13    A.   Well, we leased a forklift truck for
14  example.  Building had a crane which was part of
15  the -- that would be --
16    Q.   Mid-Ford?
17    A.   -- Mid-Ford.  In a sense, although we
18  didn't have a lease agreement for the crane, but
19  we had the forklift truck.  We leased probably
20  some computer equipment.
21    Q.   Okay.  Do you know from whom you
22  leased the forklift truck and the computer
23  equipment?
24    A.   Well, the forklift truck was Nissan,
25  I believe.  I don't know the name of the company,

Page 28

1    JAMES F. HUDSON
2  Nissan Middletown or something like that.
3    Q.   Sure.
4    A.   And computer equipment, no, I don't
5  know.
6    Q.   Did any other company share with
7  Mid-Hudson the equipment that you described. the
8  forklifts, the crane, the computer, or was it
9  solely for the use of Mid-Hudson?
10    A.   It was solely for the use of
11  Mid-Hudson.
12    Q.   Now, some of Mid-Hudson's workers
13  were represented by a labor union; correct?
14    A.   Yes.
15    Q.   And what union or unions represented
16  the employees of Mid-Hudson?
17    A.   455 -- 445, excuse me.
18    Q.   Teamsters 445?
19    A.   Yes.
20    Q.   Did any other union or unions
21  represent any employees of Mid-Hudson?
22    A.   No.
23    Q.   Do you know for how long Local 445
24  represented Mid-Hudson workers, period of time?
25    A.   Off the record.  Too long.  Since its

Page 29

1    JAMES F. HUDSON
2  inception.
3    Q.   Okay.
4    A.   Well, let me rephrase that.  I don't
5  know.  So I should say it was -- they were
6  represented 1968 and thereafter that I know of,
7  but prior to that, I don't know.
8    Q.   Okay.  Now, in terms of people who
9  have a business relationship with Mid-Hudson, you
10  listed the employees before, who were the officers
11  that directed Mid-Hudson?
12    A.   Myself and my brother Morgan Hudson.
13    Q.   Any other officers or directors --
14    A.   No.
15    Q.   -- of the company?
16     Just have to ask you to let me finish
17  the question.
18    A.   I'm sorry.
19    Q.   That's okay.  I know you anticipated
20  it.
21    A.   I jumped that one a little bit.
22  Sorry.
23    Q.   It's okay.  So you were the
24  president, what position was held by your brother?
25    A.   Vice president.

JAMES F. HUDSON

1  Q.  Any treasurer, any secretary of the
2  company?
3  A.  To be a little more specific, I guess
4  I was the president, secretary and he was vice
5  president, treasurer.
6  Q.  Okay.  Sue Fabisak, is she a person
7  you're familiar with?
8  A.  Yes.
9  Q.  Okay.  Was she affiliated with
10  Mid-Hudson in any way?
11  A.  No.
12  Q.  Who was Sue Fabisak?
13  A.  She's an employee of GDH.
14  Q.  Jack Jacquin?
15  A.  Same.
16  Q.  Same, employee for GDH?
17  A.  Yes, sir.
18  Q.  Now, your brother, J. Morgan Hudson,
19  did he have any day-to-day duties or
20  responsibilities with respect to the operation of
21  Mid-Hudson?
22  A.  No.
23  Q.  All right.  John, Barra, B-A-R-R-A,
24  was he employed or affiliated with Mid-Hudson?

JAMES F. HUDSON

1  A.  No.
2  Q.  Are you familiar with Mr. Barra?
3  A.  Yes.  He was a GDH employee.  Was a
4  GDH employee.
5  Q.  When did he cease working for GDH?
6  A.  I estimate about 1998.  It's a
7  guesstimate.
8  Q.  Okay.  Kenyatta Levitates,
9  K-E-N-Y-A-T-T-A, last name L-E-V-I-T-A-T-E-S.  Are
10  you familiar with --
11  A.  Can you show that to me, please?
12  Q.  Well, it's in my notes.
13  A.  Let me write it down.
14  Q.  Sure.
15  A.  Go ahead.
16  Q.  First name is Kenyatta,
17  K-E-N-Y-A-T-T-A.  Last name is Levitates,
18  L-E-V-I-T-A-T-E-S.  Are you familiar with that
19  person?
20  A.  No.
21  Q.  Anyone whose name sounds roughly --
22  A.  I'm not familiar with that person.
23  Q.  Okay.  Theresa Shawa, S-H-A-W-A,
24  Theresa Shawa, are you familiar with somebody by

JAMES F. HUDSON

1  that name?
2  A.  I'm not familiar with that name.
3  Q.  Bridgette Rich, is she someone who
4  you're familiar with?
5  A.  Richard.
6  Q.  Bridgette?
7  A.  Not familiar.
8  Q.  Okay.  Ron Chase?  Is he someone you
9  know?
10  A.  Yes.
11  Q.  Who is Ron Chase?
12  A.  Ron Chase was an employee of Grammer,
13  Dempsey & Hudson an affiliate Bridgeport Steel.
14  Q.  And John Feeney, F-E-E-N-E-Y?
15  A.  Yes.
16  Q.  What position?
17  A.  He was -- worked for Grammer, Dempsey
18  & Hudson.
19  Q.  Did he hold any position at any time
20  with Mid-Hudson?
21  A.  No.
22  Q.  And I apologize if I asked this of
23  you before, but I just want to be clear.  Were any
24  of the businesses operated or located on the same

JAMES F. HUDSON

1  property that was used by Mid-Hudson?
2  A.  No.
3  Q.  Did Mid-Hudson share its owners or
4  management or employees with other businesses?
5  A.  Did it share its owners?
6  Q.  You indicated the owners were GDH.
7  A.  So, yes, it would've been shared.
8  Q.  Did it share its employees with other
9  businesses?  Did the employees of GDH perform
10  responsibilities for any other business entities?
11  A.  I'm not sure what you --
12  Q.  I'm sorry.  Strike the question.
13  Apologize.
14        Did Mid-Hudson share its employees,
15  Mid-Hudson, with any other businesses?
16  A.  No.
17  Q.  Employees perform services for
18  Mid-Hudson, perform services for anybody else?
19  A.  Well, I can -- excuse me.  There was
20  a -- you know, people that worked for Mid-Hudson
21  did moonlighting, for example.
22  Q.  Okay.  Any other businesses that
23  you --
24  A.  But I didn't.  Those are all arm's

**JAMES F. HUDSON**

1  **lengths on their own.**
2      Q.   All right. That's fine. Now,
3  Mr. Dul you indicated was the general manager for
4  approximately 12 years?
5      A.   **Yes.**
6      Q.   Did he have any other employment of
7  which you're aware from any other company?
8      A.   **Now or before?**
9      Q.   At the time he was there. At the
10  time he was employed at Mid-Hudson.
11      A.   **No.**
12      Q.   Did he have any -- did he ever
13  perform services for Grammer, Dempsey, Hudson or
14  any other companies that were affiliated with
15  Grammer, Dempsey, Hudson?
16      A.   **No.**
17      Q.   Before you listed some of the
18  companies in which you had an ownership interest,
19  which you were employed or which you were director
20  or officer.
21      A.   **Right.**
22      Q.   You mentioned your brother, J. Morgan
23  Hudson is vice president/treasurer or was vice
24  president/treasurer of Mid-Hudson. Do you know

JAMES F. HUDSON

1  what other companies your brother, J. Morgan
2  Hudson, is affiliated with as either employee, an
3  owner, an officer or director?
4      A.   **Well, it would be Grammer, Dempsey &**
5  **Hudson.**
6      Q.   What's his position or title with
7  Grammer, Dempsey & Hudson?
8      A.   **Executive vice president.**
9      Q.   Does he have an ownership interest
10  in --
11      A.   **Yes.**
12      Q.   Any other companies?
13      A.   **Yes. Precision-Marshall Steel**
14  **Company.**
15      Q.   And what's his position or
16  affiliation with that company?
17      A.   **He's a director.**
18      Q.   Do you have any affiliation with that
19  company?
20      A.   **Do I?**
21      Q.   Yes.
22      A.   **No.**
23      Q.   Other than the director, do you know
24  if he has an ownership interest in

JAMES F. HUDSON

1  Precision-Marshall Steel Company?
2      A.   **It's a privately-owned company. He**
3  **has a small ownership interest.**
4      Q.   Do you know who any of the other
5  owners are of Precision-Marshall Steel Company?
6      A.   **Well, I know the principal owner.**
7      Q.   Who is that?
8      A.   **His name is Jack Milhoulan.**
9      Q.   Can you spell the last name?
10      A.   **M-I-L-H-O-L-A-N. Let me just write**
11  **it down. M-I-L-H-O-U-L-A-N. Jackson is his first**
12  **name.**
13      Q.   He's the principal owner of
14  Precision-Marshall Steel?
15      A.   **Yeah.**
16      Q.   And your brother owns a small
17  interest.
18          Is there anyone else you know who has
19  an interest, ownership interest, in that company?
20      A.   **The Milhoulan family does not own**
21  **the -- 99 percent of the stock. That's about all**
22  **I can tell you. I don't know who else owns it,**
23  **but my brother's share in the company is less than**
24  **five percent I would say and there may be other**

**JAMES F. HUDSON**

1  **owners of two, three, five percent type owners,**
2  **but I don't know them.**
3      Q.   You said before your brother's also a
4  director of the company, do you know any other
5  people who are directors of Precision-Marshall
6  Steel Company?
7      A.   **Can I ask why you're asking this**
8  **question? What does this have to do --**
9      Q.   No. You can't actually. If you can
10  answer, please do.
11      A.   **Do I know any of the other directors**
12  **of Precision-Marshall Steel Company?**
13      Q.   Yes.
14      A.   **No, I don't. Other than Jackson**
15  **Milhoulan.**
16      Q.   Correct. Other than those you
17  identified.
18          Any other officers of the company
19  other than your brother or Mr. Milhoulan, are you
20  aware of any other people who serve as officers?
21      A.   **Yes. I know of an officer. His name**
22  **is Alan Koch, K-O-C-H.**
23      Q.   Do you know what office he holds with
24  Precision-Marshall Steel?

Page 38

JAMES F. HUDSON

1
2      A.   No. I don't know the exact title.
       Q.   And do you know for how long your
4  brother was an owner or a director of
5  Precision-Marshall Steel?
6      A.   No. I don't know exactly,
7  Mr. Driesen, I would estimate 15 years, but I
8  don't know for sure.
9      Q.   Okay. Where is Precision-Marshall
10 Steel located?
11     A.   Located in Washington, Pennsylvania.
12     Q.   Other than Precision-Marshall Steel
13 Company, are you aware of any other businesses or
14 entities which your brother, J. Morgan Hudson, is
15 an owner, director, officer or an employee?
16     A.   No.
17     Q.   You said before you're aware that
18 Alan Koch was an officer of the company. How is
19 it that you came to know or understand that
20 Mr. Koch was affiliated with Precision-Marshall
21 Steel?
22     A.   Grammer, Dempsey & Hudson does
23 business with Precision-Marshall Steel.
24     Q.   Does Mr. Koch own an interest or
25 serve as a director, officer or employee for any

Page 39

JAMES F. HUDSON

1
2  of the companies that you indicated that you had
3  an ownership interest in or --
4      A.   No.
5      Q.   -- were a director for?
6      A.   No. Strictly arm's length.
7      Q.   Now, during the year prior to the
8  cessation of operations of Mid-Hudson, did it
9  share any of its phone or fax numbers with any
10 other companies or was it exclusively when you
11 called that number, you got Mid-Hudson and no
12 other entity?
13     A.   Correct.
14     Q.   So it was exclusively for Mid-Hudson?
15     A.   Correct.
16     Q.   You indicated they ceased operation.
17 What is the financial status of the company?
18     A.   What was or what is?
19     Q.   Well, what is? How is it wound down?
20     A.   Well, when we ceased operations, we
21 did -- we had no funds, operating funds.
22     Q.   Did the company file for bankruptcy?
23     A.   No.
24     Q.   Okay. To the best of your
25 understanding, did Mid-Hudson ever pay to the

Page 40

JAMES F. HUDSON

1
2  Local 445, Local 445 funds payments for withdrawal
3  liability?
4      A.   Yes.
5      Q.   And at some point those payments made
6  by Mid-Hudson ceased; is that correct?
7      A.   Yes.
8      Q.   When did Mid-Hudson stop paying
9  withdrawal liability to the funds?
10     A.   I have a record with me. I have to
11 look it up.
12     Q.   First of all, do you recall off the
13 top of your head?
14     A.   It was about 2007. Early 2007.
15     Q.   And what records are you referring
16 to?
17     A.   Well, I have a list of the dates that
18 we sent checks to the fund.
19     Q.   Okay.
20     A.   And the last one was 1/5/07.
21     Q.   From Mid-Hudson?
22     A.   Yeah. What do you mean by from
23 Mid-Hudson?
24     Q.   Mid-Hudson was the entity writing the
25 check. Did some other company take over payments

Page 41

JAMES F. HUDSON

1
2  at some point?
3      A.   I'm not sure.
4      Q.   Well, did Grammer, Dempsey, Hudson
5  ever take over the payments of withdrawal
6  liability?
7      A.   I'm not sure.
8      Q.   Is there any documents you can refer
9  to that would refresh your recollection as to who
10 made the payments?
11     A.   No. I signed the checks though.
12 Well, I shouldn't say that. Maybe I didn't sign
13 some of the checks. Maybe they were signed by
14 others.
15     Q.   The documents which you're referring,
16 was that something that you prepared or was it
17 prepared by someone else? The document that you
18 were referring to before to refresh your
19 recollection.
20     A.   It was prepared by somebody else.
21     Q.   Okay. And did the document indicate
22 the dates of payment that were made?
23     A.   Yes.
24     MR. DRIESEN: Okay. Is that a
25 document that's been produced in

1          JAMES F. HUDSON
2    litigation?
3          MR. MC MURDY: I think it's just been
4    prepared this week. If you guys don't know
5    what dates the payments were made, we'll be
6    glad to share it with you.
7          MR. DRIESEN: Well, yeah. If it's
8    something that's refreshing his
9    recollection at a deposition, obviously
10   we're entitled to see it.
11         If you can produce that document that
12   you were referring to before.
13      * *DOCUMENT/DATA REQUESTED* *
14         THE WITNESS: Wait a minute. Let's
15   see. I have a --
16         MR. MC MURDY: Just the sheet of
17   paper that you said reflected the last
18   payment there.
19         (Witness searches documents.)
20      A.   That just says -- that's just the
21   schedule of what was supposed to be paid. I
22   thought it was checked off and it would be a
23   little bit more formal.
24         (Off-the-record discussion.)
25         MR. MC MURDY: Oh, yeah. So the GDH

1          JAMES F. HUDSON
2    check -- that's what he's asking you.
3          THE WITNESS: That might not be -- I
4    can't interpret that to be a GDH necessary
5    payment. Might have made GDH payment to
6    Mid-Hudson.
7          MR. MC MURDY: Okay. (Handing.) I
8    mean, this is just a schedule of the
9    payments.
10      A.   Let me clarify that this thing here,
11   I'm not sure whether this is -- normally if we pay
12   something from Mid-Hudson, we would write a check
13   from Grammer to Mid-Hudson. So when I answered
14   that question about whether GDH paid it or
15   Mid-Hudson, I still believe Mid-Hudson paid it.
16      Q.   All right. Let me -- just so we're
17   clear on the record. You've handed me a document,
18   your attorney's handed me a document, top of the
19   document is entitled payments sent to Local 445
20   pension fund. There are four columns. First
21   column is marked date; second column is marked
22   check number; third column is untitled and the
23   fourth column is marked amount and in the third
24   column beginning with 9/29/06 as a date and check
25   4186 and continuing for three additional dates and

1          JAMES F. HUDSON
2    checks, corresponding checks, indicates GDH check?
3       A.   Right.
4       Q.   So, first of all, the document that
5    we're referring to --
6          MR. DRIESEN: Maybe we can have it
7    marked and make a copy at some point.
8          MR. MC MURDY: Is this your only copy
9    or --
10         MR. DRIESEN: Is this your only copy
11   or do you have another copy of this?
12         MR. MC MURDY: We can photocopy and
13   produce this.
14         MR. DRIESEN: Okay. We can photocopy
15   and produce this. Meanwhile, I'll just ask
16   that we can refer to it in the deposition.
17         MR. MC MURDY: Sure.
18      Q.   First of all, Mr. Hudson, the
19   document that we've been talking about, do you
20   know who prepared the document?
21      A.   Yes.
22      Q.   And who did that?
23      A.   Gloria Menette (phonetic).
24      Q.   Who is Gloria Menette?
25      A.   An employee of Grammer, Dempsey,

1          JAMES F. HUDSON
2    Hudson.
3       Q.   Do you know what her title is at
4    Grammer, Dempsey, Hudson?
5       A.   Accounting department.
6       Q.   Do you know when she prepared the
7    document?
8       A.   Recently within the past six months.
9    May have been as recently as a week ago, but it's
10   been prepared several times for me in terms of how
11   much has been paid. So I don't know whether it's
12   recent or when she ran it.
13      Q.   Okay. That's fine. So it's your
14   understanding based upon what's listed here that
15   this is a reflection of the payments that were
16   made to the pension fund on behalf of Mid-Hudson
17   with respect to the withdrawal liability that's at
18   issue in this case?
19      A.   Right.
20      Q.   And then the last four checks
21   indicates that it was a GD&H check. Is it your
22   understanding that that indicates that a check
23   sent to Local 445 was written from a GDH account
24   or was it something else?
25      A.   My understanding is that we either

JAMES F. HUDSON

2  provided you a GDH check that said GDH on it, not
3  Mid-Hudson, or it was GDH and it switched for some
4  reason, might have changed the accounts in some
5  way and GDH put the money into a Mid-Hudson
6  account and why she indicated this, I'm not sure,
7  but, you know, if you could check the checks, we
8  can find out.
9      Q.  Well, what accounts were maintained
10 by Mid-Hudson in 2004 and beyond 2004 from
11 which -- let me take a step back.
12         What accounts did Mid-Hudson maintain
13 for its operation?
14     A.  Well, they had a separate -- their
15 own checking account if you will.
16     Q.  Do you know which bank it was
17 maintained in?
18     A.  Let's see.  Yeah.  I've been there a
19 few times.  Bank has probably changed.  It was a
20 local bank in Middletown.
21     Q.  Do you know who were the signatories
22 on the account maintained by Mid-Hudson at the
23 local bank you're referring to?
24     A.  Yes, I do.
25     Q.  Who were those?

1          JAMES F. HUDSON
2      A.  Myself, my brother, Sue Fabisak and
3  Gloria Menette.
4      Q.  Was that account shared by any other
5  business?
6      A.  No.
7      Q.  Other than the checking account you
8  referred to, any other business accounts or bank
9  accounts maintained by Mid-Hudson that you're
10 aware of?
11     A.  Any other?
12     Q.  Any other bank accounts that were
13 maintained by Mid-Hudson in 2004 to present in
14 that time frame other than the one you're
15 referring to?
16     A.  No.
17         MR. MC MURDY:  Did they have a
18 separate payroll account?
19     A.  You said, but it maintained.  Well,
20 we had a separate payroll account, that's true,
21 but it was Grammer funded.  So I don't -- I
22 wouldn't consider that -- that's not exactly the
23 case.  It was a separate payroll account.  Let's
24 go over the question again.
25     Q.  From the period of 2004 to present --

1          JAMES F. HUDSON
2      A.  No.  There would not be a payroll.
3  It's just the one account.
4      Q.  Okay.  What accounts -- what other
5  accounts were funded by GDH for the use of
6  Mid-Hudson, are you aware of, from the period of
7  2004 to date?
8      A.  No.  None other.  There's just one
9  checking account.
10     Q.  Okay.  Now, the checking account that
11 you're referring to that was in the Middletown
12 bank, was that used to pay the bills or pay for
13 the expenses of any businesses other than
14 Mid-Hudson?
15     A.  No.
16     Q.  And were your payroll for your
17 employees at Mid-Hudson paid from that account?
18     A.  You mean prior to 2004?
19     Q.  From 2004 -- yeah.  Well, for the
20 year prior to the cessation of operations at
21 Mid-Hudson.  So from I guess August 2003 to 2004.
22     A.  Well, the deposits from customers,
23 for example, were put into that account and then
24 used to make the payroll.  So it would've been
25 transferred to a payroll account and paid to

1          JAMES F. HUDSON
2  employees.
3      Q.  You say it's transferred to a payroll
4  account, was that the same bank?
5      A.  Probably not.
6      Q.  And the payroll account to which the
7  money was transferred, do you know which bank it
8  was, what bank held that account?
9      A.  In 2004?
10     Q.  Yes.
11     A.  Payroll account was probably -- was
12 Fidelity, then they were taken over by --
13 eventually became Wachovia at some point and then
14 it became PNC.  So I don't know the timing on it.
15     Q.  Okay.  And who was the signatory on
16 the payroll account that you're referring to?
17     A.  Same four people that I listed
18 before.
19     Q.  Other than the payments of withdrawal
20 liability that you referenced and the document
21 that was shown to us, and that will be produced
22 later, after Mid-Hudson ceased its operation in
23 August of 2004, what other payments are you aware
24 of that were made from the account that it had
25 maintained in Middletown?

JAMES F. HUDSON

2    A.    **Routine business payments, vendors,**
**other debts.**

4    Q.    Is there anything left in the account
that you're referring to in Middletown?

6    A.    **No.**

7    Q.    Has that account been closed?

8    A.    **I don't know.**

9    Q.    When was the last time you're aware
of any payments having been made from that account
in Middletown?

12    A.    **Well, we know that there was one**
**around December or in late 2006, but other than**
**that, I'm not sure.**

15    Q.    And which payment are you referring
to from late 2006, is that a withdrawal liability?

17    A.    **Pension payment, yeah.**

18    Q.    Now, is it your understanding that at
some point liability payments -- I'm sorry, strike
that.

21        Is it your understanding at some
point withdrawal liability payments to Local 445
were made directly by Grammer, Dempsey, Hudson
after Mid-Hudson ceased making payments directly?

25    A.    **In effect.**

JAMES F. HUDSON

2    Q.    And what is your understanding as to
the time frame as to when Grammer, Dempsey, Hudson
started making direct payments for the withdrawal
liability?

6    A.    **(Witness examines document.) I**
**really don't know that without going back and**
**looking it up. You know, I don't want to be**
**difficult on that --**

10    Q.    No, it's fine.

11    A.    **-- but I just don't know --**

12    Q.    That's fine.

13    A.    **-- exactly. I mean, Mid-Hudson was**
**not operating and we did not have any money, so at**
**some -- I don't want to volunteer something that's**
**inaccurate, but at some point Grammer in effect**
**picked up the ball which is I think what you're**
**getting at.**

19    Q.    So at some point, Grammer made the
payment, you just don't know exactly when that
was?

22    A.    **Correct.**

23    Q.    Do you know if Mid-Hudson ever
requested arbitration regarding any issue related
to the assessment of withdrawal liability against

JAMES F. HUDSON

the company by Local 445?

3    A.    **I don't know what you mean by**
**arbitration, but yes, I -- in terms of how much**
**was owed, the answer is yes, we asked for**
**clarification and a meeting on that.**

7    Q.    You asked for clarification and
meeting, that was --

9    A.    **We disagreed.**

10    Q.    And that was -- the communications to
which you're referring were communications
directed to the 445 funds?

13    A.    **Correct.**

14    Q.    Okay. Other than communications for
the 445 funds, were you aware of any request for
arbitration pursuant to any of the agreements that
existed between the funds and Mid-Hudson?

18    A.    **To use the word arbitration, I can't**
**say I instituted a arbitration request. I did say**
**directly to a representative of the 450 -- 445**
**that I would like to meet and discuss the amount**
**because we were in disagreement with the amount**
**and in all our legal correspondence, Mr. Murdy**
**said that we agreed to pay, but -- initially, but**
**we did not agree to the -- or we withheld**

JAMES F. HUDSON

**something to the affect -- something to the affect**
**that we had not settled on the amount.**

4    Q.    And, again, just to go back to my
original question. Understanding that you're
describing to me a disagreement as to the amount
that was required for withdrawal liability, did
you ever request or file a notice for arbitration
in connection with that dispute?

10    A.    **I did not ask for -- you're using the**
**word arbitration. I did not, to my recollection,**
**request arbitration per se. I may've meant that,**
**but I don't think I said the word arbitrate.**

14    Q.    And you mentioned before
communications by your attorney Mr. McMurdy.
First of all, how long has Mr. McMurdy represented
Mid-Hudson?

18    A.    **Since this issue became -- since the**
**liability issue.**

20    Q.    So is that since 2004?

21    A.    **Approximately.**

22    Q.    And do you know which firm
Mr. McMurdy is employed by?

24    A.    **Well, he was employed by the firm of**
**Grotta, Glassman & Hoffman and then subsequently**

JAMES F. HUDSON

1    **JAMES F. HUDSON**
2    **Fox Rothchild.**
·    Q.   Okay.  Has --
4    **A.   Similar Fox Rothchild bought --**
5    **acquired the assets of Grotta, Glassman & Hoffman,**
6    **I believe, or they merged or something.**
7    Q.   So it wasn't --
8    **A.   It wasn't changed.**
9    Q.   Wasn't change of an entity?
10   **A.   Correct.**
11   Q.   It was just a merger.
12       Okay.  And has anyone other than the
13   firms that you mentioned of Mr. McMurdy ever
14   represented Mid-Hudson in connection with this
15   matter?
16   **A.   No.**
17   Q.   And has there been continuity in the
18   representation throughout the beginning of this
19   matter until today as far as you know?
20   **A.   Yes.**
21   Q.   And earlier in our discussion you
22   indicated that Mr. McMurdy had exchanged
23   correspondence or communications with Local 445
24   funds regarding the disputed withdrawal liability.
25   Are you aware if at any time Mr. McMurdy on behalf

1    JAMES F. HUDSON
2    of Mid-Hudson requested arbitration or demanded
3    arbitration in connection with these matters?
4    **A.   Again, the word arbitration is a -- I**
5    **can't be specific to the word arbitration.  I know**
6    **that he requested, if you will, a meeting with the**
7    **fund to argue the amount.**
8    Q.   Okay.  Understood.
9    **A.   What that -- the difference between**
10   **that and an arbitration, I can't be specific.**
11   Q.   If I can briefly explore that with
12   you.
13       It is correct that as the dispute
14   progressed that there was no resolution that was
15   reached with the Local 445 funds directly with
16   Mid-Hudson as to the amount or the payments of
17   withdrawal liability; correct?
18   **A.   To date.**
19   Q.   To date?
20   **A.   Correct.**
21   Q.   But certainly as a result of the
22   communications that were engaged in which
·    Mr. McMurdy was engaged regarding the assessment
24   of withdrawal liability, that matter wasn't
25   resolved directly between the parties; correct?

1    JAMES F. HUDSON
2    **A.   Say that again.**
3    Q.   Directly between the parties, between
4    Local 445 Funds and Mid-Hudson, there was a
5    disagreement regarding the assessment of
6    withdrawal liability that was not resolved between
7    the two parties?
8    **A.   Correct.**
9    Q.   Okay.  And arbitration is a third
10   party stepping in and hearing a grievance and
11   deciding a matter as appointed by the parties;
12   correct, as far as you understand it?
13   **A.   Sure.**
14   Q.   And understanding that the dispute
15   was raised and engaged between you and your
16   representatives in Local 445 Funds and their
17   representatives and not resolved now that you know
18   your representatives made a demand or a request
19   that a third-party arbitrator be brought in to
20   address and resolve the issue of the assessment
21   withdrawal liability; correct?
22   **A.   All right.  Look, you're using**
23   **language, I'm not a lawyer.  I don't know whether**
24   **it's decided by an arbitrator or a judge, some**
25   **person in New York State, I don't know New York**

1    **JAMES F. HUDSON**
2    **law, but whether it's decided by an arbitrator or**
3    **a judge or a jury, I don't know, but my stance on**
4    **this is that in terms of the word arbitration, I**
5    **don't think we ever asked specifically for an**
6    **arbitrator.  What I asked was, to the fund**
7    **directly, let's sit down and get this right,**
8    **'cause, you know --**
9    Q.   Okay.
10   **A.   And, you know, I -- pretty firm that**
11   **I don't think the amount is correct.**
12   Q.   Okay.
13   **A.   There's some, you know, errors in the**
14   **thing.**
15   Q.   Now, at some point payments ceased to
16   be made from -- by the Mid-Hudson or Grammer,
17   Dempsey, Hudson towards the withdrawal liability
18   that was imposed; correct?
19   **A.   Correct.**
20   Q.   Okay.  And do you know the reason why
21   at that time payments ceased?
22   **A.   Financial difficulty is the reason.**
23   Q.   Financial difficulty of Grammer,
24   Dempsey, Hudson?
25   **A.   Correct.**

Page 58

1           **JAMES F. HUDSON**
2       Q.   Okay.  Now, you mentioned for
3   obviously Grammer, Dempsey, Hudson was the sole
4   owner of Mid-Hudson while Mid-Hudson was
5   operating; correct?
6       **A.   Yes.**
7       Q.   Other than owning Mid-Hudson, what
8   other businesses or services did Grammer, Dempsey,
9   Hudson engage in?
10      **A.   Well, we were in the steel**
11  **distribution business in Newark.**
12      Q.   Okay.
13      **A.   All right.  Does that answer your**
14  **question?**
15      Q.   We'll delve into more.
16      **A.   Okay.**
17      Q.   Where is it located physically?
18  What's the address for Grammer, Dempsey?
19      **A.   212 Rome Street, Newark, New Jersey.**
20      Q.   And before you mentioned a P.O. box,
21  that's the mailing address of Grammer, Dempsey,
22  Hudson?
23      **A.   That's right.**
24      Q.   And the property on which the company
25  is located -- strike that.

Page 59

1           JAMES F. HUDSON
2       You mentioned 212 Rome Street, is
3   that the only physical location for Grammer,
4   Dempsey, Hudson, its business operations?
5       **A.   Yes.**
6       Q.   And does the company own or lease the
7   property at which it's located?
8       **A.   It leases.**
9       Q.   And from whom does it lease the
10  property?
11      **A.   RBH Partners in New York.**
12      Q.   And do you know who are the owners of
13  RBH properties in New York?
14      **A.   I know that one principal's name is**
15  **Ron Beit, B-E-I-T.**
16      Q.   Any other owners of which you're
17  aware of for RBH Partners?
18      **A.   I'm not aware of any other owners and**
19  **I'm not sure he's an owner.  I just know he's an**
20  **officer.  I believe he's the owner or one of the**
21  **owners, but I don't know the structure exactly.**
22      Q.   Do you have any affiliation with RBH
23  Partners?
24      **A.   No.  None at all.**
25      Q.   Who has an ownership interest in

Page 60

1           JAMES F. HUDSON
2   Grammer, Dempsey, Hudson.
3       **A.   Myself and my brother.**
4       Q.   Anyone else that you're aware of?
5       **A.   No.**
6       Q.   And how long has Grammer, Dempsey,
7   Hudson been in business?
8       **A.   Since 1935.**
9       Q.   Prior to you and your brother being
10  the sole owners of the company, who held an
11  ownership interest immediately preceding the two
12  of you?
13      **A.   My father.**
14      Q.   Okay.  For how long have you and your
15  brother been the sole owners of GDH?
16      **A.   Since 1980.**
17      Q.   And how was ownership divided between
18  the two of you?
19      **A.   Fifty-fifty.**
20      Q.   Has Grammer, Dempsey, Hudson always
21  been at the 212 Rome Street address?
22      **A.   Yes.**
23      Q.   And your position with Grammer,
24  Dempsey, Hudson is president?
25      **A.   Yes.**

Page 61

1           **JAMES F. HUDSON**
2       Q.   How long have you been president of
3   the company?
4       **A.   Since 1980.**
5       Q.   Okay.  And what are your duties as
6   president of the company?
7       **A.   My duties are to try to run a**
8   **profitable business, supervise my employees.**
9   **Mostly administrative functions.**
10      Q.   And how many people does Grammer,
11  Dempsey, Hudson employ?
12      **A.   Currently?**
13      Q.   Yes.
14      **A.   About 14.**
15      Q.   How many of the 14 employees,
16  including yourself and your brother, would you --
17  well, does the 14 include you and your brother or
18  does that include --
19      **A.   Yes.**
20      Q.   And how many of the 14 would you
21  characterize as management employees?
22      **A.   Do you consider a foreman a manager?**
23      Q.   I'll leave the designations to you.
24      **A.   Say four.**
25      Q.   Okay.  And who are the four

Page 62

JAMES F. HUDSON

1        JAMES F. HUDSON
2  managerial employees?
3     A.  My brother, myself, Sue Fabisak and
4  Wayne Johns the foreman, one of the foremen.
5     Q.  And how many people are office or
6  administrative?
7     A.  Approximately half.
8     Q.  And who would those people be?
9     A.  Which --
10    Q.  Can you identify the office or
11 administrative employees?
12    A.  By name?
13    Q.  Yes.
14    A.  Sue Fabisak, Gloria Manette. Want me
15 to wait for you to write it down?
16       MR. MC MURDY:  She's taking it.
17    Q.  But thank you.
18    A.  Lina, I don't know her last name,
19 Joseph Aulisi, A-U-L-I-S-I.  Jack Jacquin,
20 J-A-C-Q-U-I-N is the last name.  Then we have
21 Wayne Johns, Mo -- Mohesion, can't even spell his
22 last name.  It's a long last name.  Begins with S.
23 And five warehousemen.  You want their names?
24    Q.  Sure.  As long as you got them.
25    A.  Tony -- Anthony Callahan, Rudy

Page 63

1        JAMES F. HUDSON
2  Carney, Chris Sabatini, David Polski (phonetic),
3  let's see, Frank Bognovalia, B-O-G-N-O-V-A-L-I-A,
4  something like that.
5     Q.  And if I can, going back to your
6  office people.  Sue Fabisak, what's her job?
7     A.  Systems manager.
8     Q.  Systems manager?
9     A.  Yeah.
10    Q.  How long has she been employed by
11 GDH?
12    A.  Forty years.
13    Q.  Forty?
14    A.  Four zero, approximately, plus or
15 minus five years.
16    Q.  Sure.  Gloria Manette, what's her
17 position?
18    A.  Accounting department, 40 years.
19    Q.  Lina, last name unknown?
20    A.  Last name unknown.  About ten years.
21    Q.  What does she do?
22    A.  Accounting department.
23    Q.  Joseph Aulisi?
24    A.  He's been employed 35 years.
25    Q.  What's his job?

Page 64

1        JAMES F. HUDSON
2     A.  Fabrication department, manager.
3     Q.  Mr. Jacquin, what's his position?
4     A.  Office manager.
5     Q.  And how long has he been with GDH?
6     A.  Twelve years.
7     Q.  Wayne Johns you said was the foreman?
8     A.  Yup.  He's been there guesstimating
9  about 20 years.
10    Q.  And Mo, last name is -- Mo S, what's
11 his job?
12    A.  Foreman, I'd say about 12 years.
13    Q.  Okay.  Now, the equipment --
14    A.  And all the shop employees have been
15 there quite a while too.  Everyone except maybe
16 Polski's been there at least ten years.
17    Q.  Okay.  Now, the office equipment that
18 GDH uses, do they lease that or do they own it?
19    A.  Half and half.
20    Q.  And do you know from whom they lease
21 it?
22    A.  No, I don't.
23    Q.  Do they share the lease with any
24 other company, as far as you know, for the leased
25 equipment?

Page 65

1        JAMES F. HUDSON
2     A.  Share the lease?
3     Q.  Yeah.  Is any other company
4  responsible on the lease for the equipment that
5  you use other than Grammer, Dempsey, Hudson?
6     A.  No.
7     Q.  What about the warehouse equipment,
8  is that owned or leased by Grammer, Dempsey,
9  Hudson?
10    A.  It's owned except for the cranes.
11    Q.  Who leases the cranes to the company?
12    A.  The cranes are owned by the RBH
13 partners.
14    Q.  And I see Grammer, Dempsey, Hudson is
15 the only company on the lease as far as the
16 lessee; correct?
17    A.  Of the building?
18    Q.  Of the cranes?
19    A.  No, no.  There are other lessees.
20    Q.  Okay.  Who else leases that?
21    A.  Other tenants in the building.
22    Q.  Do you know who they are?
23    A.  Yes.
24    Q.  Who are they?
25    A.  Well, there's two other tenants.  One

17 (Pages 62 to 65)

JAMES F. HUDSON

1  **is Total Construction Company, T-O-T-A-L. The**
2  **other one is Zinc Construction Company.**
4  Q.  Okay.  Starting with Total
5  Construction Company, do you know who owns that
6  company or who are the owners of that company?
7  A.  **Patrick Terrence is a principal, but**
8  **I don't know how much -- I don't know if he's an**
9  **owner. I'm sure he's part owner, but I don't know**
10 **his extent.**
11 Q.  Do you know any other owners of Total
12 Construction?
13 A.  **I'm not sure of the ownership. I'd**
14 **just be speculating. I could find out, but I**
15 **don't know.**
16 Q.  Do you know of any of the other --
17 A.  **Principles?**
18 Q.  -- officers or directors or
19 principals of the company?
20 A.  **There is a principal by the name of**
21 **Miriam. I don't know her last name offhand. And**
22 **she's in the accounting function, but I don't know**
23 **if she's an owner per se. She's an officer.**
24 Q.  Okay.  Other than sharing the lease
25 of the crane and I guess obviously sharing space

JAMES F. HUDSON

1  being a co-tenant, do you share any other --
2  anything other than those two items with Total
3  Construction?
4  A.  **No. We have no affiliation with**
5  **Total Construction.**
6  Q.  Do you do any business with Total
7  Construction?
8  A.  **Minor amount.**
9  Q.  And you mentioned before also Zinc
10 Construction Company is another tenant that leases
11 the crane?
12 A.  **Correct.**
13 Q.  Do you know who any of the owners of
14 Zinc Construction are?
15 A.  **No. I don't know the ownership**
16 **there. There's one principal, his name is**
17 **Rallston McKenzie. He's an officer, but I don't**
18 **know if he's the owner.**
19 Q.  And do you know any other officers,
20 managers of the company?
21 A.  **No.**
22 Q.  And other than the crane and whatever
23 physical space that you may share through RBH, do
24 you share any other assets, employees or things of

JAMES F. HUDSON

1  that nature with Zinc Construction Company?
2  A.  **Again, there's no affiliation.**
3  Q.  Do you do any business with Zinc
4  Construction Company?
5  A.  **Minor.**
6  Q.  Other than Zinc Construction and
7  Total Construction, is there any other tenant at
8  the 212 Rome Street location?
9  A.  **No. Well, other than ourselves.**
10 Q.  Absolutely.  Okay.  Do any of your
11 employees have representation from like a
12 bargaining agent union?
13 A.  **Yes.**
14 Q.  Okay.  What union represents your
15 employees?
16 A.  **Local 478.**
17 Q.  Teamsters?
18 A.  **Yes.**
19 Q.  At any time, did Local 445 represent
20 any of the employees of Grammer, Dempsey, Hudson?
21 A.  **No.**
22 Q.  Other than the individuals you
23 listed, yourself, your brother and the various
24 employees, are there any other officers or

JAMES F. HUDSON

1  directors of Grammer, Dempsey, Hudson?
2  A.  **No.**
3  Q.  Okay.  Now, does Grammer, Dempsey,
4  Hudson share ownership, management or its
5  employees with any other business entity?
6  A.  **Share management?**
7  Q.  Management, owners or employees with
8  any other business entity?  For example, at one
9  time Mid-Hudson was owned by yourself -- well, it
10 was owned by GDH, you were the president and you
11 had an officer relationship at Mid-Hudson and your
12 brother had an officer relationship at Mid-Hudson,
13 that is no longer the case obviously since it's no
14 longer a continuing entity, but is there any other
15 business entity whatsoever that has shared
16 ownership, management or employees with those that
17 you listed as being affiliated with Grammer,
18 Dempsey, Hudson?
19 A.  **Yes.**
20 Q.  And what would those be?
21 A.  **Well, there are other subsidiaries.**
22 **Current ones are you talking about?**
23 Q.  Let's start with current.  What are
24 your subsidiaries of Grammer, Dempsey, Hudson?

Page 70

JAMES F. HUDSON

1    A.   **One is Pabrico Steel Fabricators.**
2    Q.   Pabrico, P-A-B?
3    A.   **P-A-B-R-I-C-O.**
4    Q.   And what type of corporate entity is
5    Pabrico, is it incorporated?
6    A.   **It's a C corporation in New Jersey.**
7    Q.   And where -- what's its mailing
8    address?
9    A.   **Same as Grammer, Dempsey & Hudson's.**
10   Q.   And is it physically located
11   within --
12   A.   **Yes.**
13   Q.   Okay.  Well, actually within the
14   offices of Grammer, Dempsey, Hudson?
15   A.   **Sorry.**
16   Q.   That's okay.  Answer to that is yes;
17   correct?
18   A.   **Yes.  Sorry.  I didn't mean to --**
19   Q.   I know I'm obvious, but, you know,
20   got to give me a chance to get it out.
21   A.   **Okay.**
22   Q.   So who are the owners of Pabrico
23   Steel Fabricators?
24   A.   **Grammer, Dempsey & Hudson.**
25

Page 71

JAMES F. HUDSON

1    Q.   Other than GDH, are there any other
2    owners of Pabrico Steel Fabrication?
3    A.   **No.**
4    Q.   Who are the owners of the
5    corporation?
6    A.   **Myself and my brother.**
7    Q.   And who are the employees at Pabrico
8    Steel Fabrication?
9    A.   **There are three employees.**
10   Q.   Who are they?
11   A.   **Nicholas Demidon, D-E-M-I-D-O-N.**
12   **Noelle, I don't know her last name.  And Xenon, I**
13   **don't know his last name.  It's X-E-N-O-N, Xenon.**
14   Q.   X-E-N-O-N?
15   A.   **Yup.**
16   Q.   And what is Mr. Demidon?
17   A.   **Noelle's last name is Toro, T-O-R-O.**
18   Q.   Mr. Demidon, what's his position with
19   Pabrico Steel Fabricators?
20   A.   **General manager.**
21   Q.   How long has he been employed by the
22   company?
23   A.   **Over 30 years.**
24   Q.   And Miss Toro, what's her position?
25

Page 72

JAMES F. HUDSON

1    A.   **Clerk.**
2    Q.   How long has she been employed there?
3    A.   **Three years.**
4    Q.   And Xenon, what's his position with
5    the company?
6    A.   **Fabricator.  About five years.**
7    Q.   And what business is Pabrico Steel
8    Fabricators involved?
9    A.   **Steel fabrication.**
10   Q.   Okay.  What other subsidiaries are
11   there of --
12   A.   **There's Buell Specialty Steel,**
13   **B-U-E-L-L.**
14   Q.   What type of corporation is that?
15   A.   **It's a C corporation, New York.**
16   Q.   What's the mailing address for Buell?
17   A.   **I don't know it.  It's in Rochester,**
18   **New York.**
19   Q.   And that's a wholly owned
20   subsidiary --
21   A.   **Yes.**
22   Q.   -- of GDH?
23   A.   **Yes.**
24   Q.   Who are the officers of Buell
25

Page 73

JAMES F. HUDSON

1    Specialty Steel?
2    A.   **Morgan Hudson is the president.  I'm**
3    **the vice president.**
4    Q.   Are there any directors of the
5    company other than --
6    A.   **No.**
7    Q.   Just go back one second.
8         Were there any directors of Pabrico
9    Steel other than yourself and your brother?
10   A.   **Correct.  There's no other directors.**
11   Q.   Okay.
12   A.   **As far as I know, Pabrico does not**
13   **have a board of directors nor does Buell.**
14   Q.   Who is employed by Buell?
15   A.   **We have three employees.  Colleen**
16   **Ferguson, Maureen, I don't know her last name, and**
17   **I don't know the name of the employee in the shop.**
18   Q.   And do you know how long those
19   individuals have been employed by Buell Specialty
20   Steel?
21   A.   **The one in the shop is less than six**
22   **months and the two women that I mentioned I'd say**
23   **about -- Colleen's about 15 years I'd say and the**
24   **other one I guess about half of that, seven years.**
25

Page 74

JAMES F. HUDSON

1
2  Q. Fifteen years for Miss Ferguson?
3  A. Yeah.
4  Q. And seven for Maureen?
5  A. Yes.
6  Q. What type of business is Buell
7  Specialty Steel?
8  A. Steel distributor specialty metals.
9  Q. Other than Buell and Pabrico, what
10 other subsidiaries are wholly owned by GDH?
11 A. Currently operating no other ones.
12 Q. Okay. Which ones -- which other
13 subsidiaries have GDH owned other than those two
14 and Mid-Hudson?
15 A. Okay. There's one by the name of
16 Kahl Specialty Steel, K-A-H-L.
17 Q. When did that company cease
18 operation?
19 A. It hasn't ceased completely. It's --
20 I shouldn't say it's not operating. It is
21 operating. Let me correct myself on that.
22 There's just no revenues for it currently or very
23 little revenue, put it that way. It's a small
24 amount of revenue. Less than $25,000 per year.
25 Q. Okay. And where is Kahl located?

Page 75

JAMES F. HUDSON

1
2  A. In Greensboro, North Carolina.
3  Q. And who are the officers of that
4  company?
5  A. My brother and myself.
6  Q. And what are the titles?
7  A. My brother's the president. I'm the
8  vice president.
9  Q. Any employees at this time of Kahl
10 Specialty Steel?
11 A. No.
12 Q. What business is that company?
13 A. A distributor, steel distributor,
14 specialty steel.
15 Q. Is that company located on property
16 that was owned by Mid-Ford, 'cause you mentioned
17 they owned property in North Carolina, is this one
18 of the properties it owns and leases out?
19 A. Yes.
20 Q. And if this company hasn't entirely
21 ceased operations, is it your understanding that
22 it continues to lease property from Mid-Ford?
23 A. Yes.
24 Q. Other than the companies you've
25 mentioned, have there been any other wholly-owned

Page 76

JAMES F. HUDSON

1
2  subsidiaries of Grammer, Dempsey, Hudson?
3  A. Yes.
4  Q. Any that are operating in any
5  capacity at this time?
6  A. Bridgeport Steel Company is a
7  subsidiary that is not operating, but recently
8  stopped operating.
9  Q. When did it stop?
10 A. 2007 -- 2000 -- last year, 2007.
11 Q. Okay. And where was it located?
12 A. Milford, Connecticut.
13 Q. Any owners other than Grammer,
14 Dempsey, Hudson?
15 A. No.
16 Q. The officers of the company were you
17 and your brother?
18 A. Yes.
19 Q. Any other officers?
20 A. Formally you mean?
21 Q. Yeah. Before it stopped operation.
22 A. Well, there was a manager.
23 Q. Who was the manager?
24 A. His name was Ron Chase.
25 Q. Do you know where Mr. Chase is

Page 77

JAMES F. HUDSON

1
2  employed at this time?
3  A. If he is?
4  Q. If he is.
5  A. No, I don't.
6  Q. Since 2004, has Grammer, Dempsey,
7  Hudson had an ownership interest in any company
8  other than those that you've listed for me so far
9  be it wholly or partially?
10 A. There may be. We had three other
11 branches that have closed, but I don't know the
12 dates that they closed. I'm quite sure that they
13 all closed prior to 2004. Let me just think that
14 over here.
15 Q. Sure.
16 A. Yes. They all closed prior. Well
17 prior now that I think about it.
18 Q. So any other the companies, be it
19 wholly or partly owned by Grammer, Dempsey,
20 Hudson, that you can think of since 2004?
21 A. No. Got the two active companies,
22 Buell and Pabrico.
23 Q. Do any of the Grammer, Dempsey,
24 Hudson employees perform any services for the
25 other two companies you mentioned, Buell and

Page 78

JAMES F. HUDSON

1    JAMES F. HUDSON
2    Pabrico, that are currently operating?
3    **A.   Payroll and management.**
4         THE WITNESS: I think I got to a
5    point where I'd like to take a little
6    break.
7         MR. DRIESEN: Want to take a break,
8    absolutely.
9         (Break taken at 11:56 a.m.;
10   deposition resumed at 12:03 p.m.)
11        Q.   You indicated before that GDH does
12   payroll and management for Pabrico and Buell.
13   Does it perform any other services, provide any
14   other employees or equipment for those two
15   companies?
16        **A.   Buell has its own equipment and**
17   **Pabrico has its own equipment, but grammar doesn't**
18   **provide -- I don't know exactly what you mean by**
19   **provide any other services.**
20        Q.   Does it share any equipment with
21   Pabrico and Buell?
22        **A.   No.**
23        Q.   You mentioned before that Pabrico is
24   located at the same site as Grammer, Dempsey,
25   Hudson?

Page 79

JAMES F. HUDSON

1    JAMES F. HUDSON
2         **A.   Right.**
3         Q.   Do they share a phone or fax line?
4         **A.   No. Excuse me. They share a phone**
5    **line, but well, that's not exactly true. They**
6    **have their own phone, but they -- no. They have**
7    **their own phone and fax. Wait a minute. They**
8    **have their own phone, but we share a fax.**
9         Q.   Any other business entities share
10   either a phone or fax line with Grammer, Dempsey,
11   Hudson?
12        **A.   No.**
13        Q.   Okay. And what is the financial
14   status of Grammer, Dempsey, Hudson, filed for any
15   bankruptcies?
16        **A.   We have not filed for bankruptcy, but**
17   **our financial status is grave.**
18        Q.   What are the annual sales of Grammer,
19   Dempsey, Hudson?
20        **A.   For what year are you talking?**
21        Q.   2004, five, six and seven, if you
22   know, the last four years?
23        **A.   As a corporation I would say in 19 --**
24   **in 2007, the sales were about five million. 2008,**
25   **to date, the sales have been a couple hundred**

Page 80

JAMES F. HUDSON

1    **JAMES F. HUDSON**
2    **thousand. In 2004 through 2006, there was a**
3    **decline towards about five million.**
4         Q.   From where to five million?
5         **A.   Maybe say seven million.**
6         Q.   When you're discussing the sales of
7    Grammer, Dempsey, Hudson. are you incorporating in
8    those numbers the sales of any of these
9    subsidiaries that you referred to?
10        **A.   Yes.**
11        Q.   Okay. Is the company contemplating
12   filing for bankruptcy?
13        **A.   Yes.**
14        Q.   Okay. What bank accounts does
15   Grammer, Dempsey, Hudson maintain?
16        **A.   It maintains a checking account and a**
17   **payroll account.**
18        Q.   And where does it maintain this?
19        **A.   Also, there's also a profit sharing**
20   **account if you want per se, but that's really**
21   **something we don't quote maintain.**
22        Q.   The check and the payroll accounts,
23   where do you maintain those?
24        **A.   Let's see, Wachovia bank.**
25        Q.   Is that in Newark?

Page 81

JAMES F. HUDSON

1    JAMES F. HUDSON
2         **A.   Yes.**
3         Q.   And who are the listed signatories on
4    the two accounts?
5         **A.   They're the same two we've gone over**
6    **before -- same names. Same four names.**
7         Q.   Does any other business other than
8    Grammer, Dempsey, Hudson share those accounts?
9         **A.   No.**
10        Q.   Do your subsidiary companies that you
11   mentioned that are active, Buell and Pabrico, have
12   their own accounts or do they use the accounts
13   maintained by Grammer, Dempsey, Hudson?
14        **A.   They have their own accounts as we**
15   **described in that other example of what was it,**
16   **Mid-Hudson, I guess.**
17        Q.   Are the accounts that you referenced
18   regarding Grammer, Dempsey, Hudson used to pay
19   bills for any other businesses other than Grammer,
20   Dempsey, Hudson?
21        **A.   Could you repeat that, please?**
22        Q.   Sure. The bank accounts that you
23   described that were maintained by -- that are
24   maintained by GDH, are they used to pay the bills
25   for any bills other than GDH?

Page 82

JAMES F. HUDSON

2  A.  No.
3  Q.  Okay.  Going back to an earlier
4 discussion when we talked about request for
5 arbitration, just to be complete, with respect to
6 the request for arbitration, did Grammer, Dempsey,
7 Hudson ever request arbitration for any issue
8 regarding the assessment withdrawal liability with
9 Local 445?
10  A.  It's the same answer as before --
11  Q.  Okay.
12  A.  -- but I wasn't in Grammer, Dempsey.
13 It was as of -- venue was Mid-Hudson.
14  Q.  Correct.  And forgive me if I'm
15 covering old ground.  The ownership of Grammer,
16 Dempsey, Hudson, that's 50/50 between you and your
17 brother?
18  A.  Yes.  I said that before.  Right.
19  Q.  All right.  Wasn't sure if it was
20 about this or another one.
21      Now, you mentioned before that Jack
22 Jacquin is the office manager for Grammer,
23 Dempsey, Hudson?
24  A.  Yes.
25  Q.  Does he perform duties for any other

Page 83

JAMES F. HUDSON

2 company other than Grammer, Dempsey, Hudson?
3  A.  No.
4  Q.  And has he always held the position
5 of office manager in the 12 years that he's been
6 there?
7  A.  Yes.
8  Q.  Okay.  Earlier you mentioned a
9 company which you were director by the name of
10 Airotrax?
11  A.  No.  Airtrax.
12  Q.  Airtrax, I'm sorry.
13  A.  Your communication there, you got it
14 possibly wrong.  I don't know whether -- it's
15 spelled A-I-R-T-R-A-X.
16  Q.  I see.  Is the company located at
17 1710 East Division Street in Evansville, Indiana?
18  A.  No.
19  Q.  Where is the company located?
20  A.  Located in Blackwood, New Jersey.
21  Q.  Are you familiar with Airotrax in
22 Indiana?
23  A.  No.  Never heard of them.
24  Q.  What type of business does Airtrax
25 do?

Page 84

JAMES F. HUDSON

2  A.  Airtrax is in the design engineering
3 of omnidirectional vehicles.
4  Q.  What is your role in that company?
5  A.  I'm on the board of directors.
6  Q.  How long have you been on the board
7 of directors?
8  A.  About seven years.
9  Q.  Do you have an ownership interest in
10 the company?
11  A.  Very minor.
12  Q.  Do you know what percentage of the
13 company you own?
14  A.  It's less than one percent.
15  Q.  Is it a publicly-traded company do
16 you know?
17  A.  Yes.  There's 25 million shares
18 outstanding roughly.  I own less than a hundred
19 thousand.
20  Q.  Who else is on the board of directors
21 with you of Airtrax?
22  A.  It's an arm's length company.  I
23 don't know what in the world does this have to do
24 with Mid-Hudson Steel?
25  Q.  Do you know the other members of the

Page 85

JAMES F. HUDSON

2 board?
3  A.  Yes, I do.
4  Q.  And who are they?
5  A.  Well, there's William Hungerville,
6 Andy Gazette, Andrew Gazette, Barney Harris,
7 Robert Watson, Robert -- what's his last name --
8 senator, congressman.  It will come to me in a
9 minute.  Let's see.  Phil Filopof,
10 F-I-L-O-P-O-F --
11  Q.  That's Robert's last name?
12  A.  Phil Filopof.
13  Q.  Oh, Phil Filopof.
14  A.  Yeah.  Borski, Robert Borski is the
15 fellow I couldn't think of his last name.
16  Q.  Any other directors that you know of?
17  A.  No.
18  Q.  Do you serve on a board of directors
19 of any companies other than Airtrax with any of
20 these individuals?
21  A.  I serve on the board of directors of
22 Precision Kidd.
23      MR. MC MURDY:  With any of those
24 other individuals?
25      THE WITNESS:  Oh, no, not with -- I'm

Page 86

JAMES F. HUDSON

1
2  sorry.
3      A.  No, no relationship at all.  Sorry.
4  I didn't hear the last part of your sentence.
5      Q.  Sure.  And does Airtrax share any
6  employees or leases of equipment with GDH?
7      A.  No.  Airtrax is a separate
8  corporation.  Totally arm's length.  No relation
9  to GDH at all.  No business nothing.
10     Q.  Have you ever heard of a company
11 called Elkhart Scrap Metals Corporation?
12     A.  No.
13     Q.  So you have no affiliation with that
14 company?
15     A.  Never heard of them.
16     Q.  Or Elkhart Scrap Light Hauling?
17     A.  Never heard of them.  Why do you ask
18 may I ask?
19     Q.  No, you may not.
20     A.  Okay.
21         MR. MC MURDY:  I'll tell you later.
22     Q.  You mentioned Anderson Metals of
23 Huntingdon Valley, Pennsylvania?
24     A.  Right.
25     Q.  Who are the owners of Anderson

Page 87

JAMES F. HUDSON

1
2  Metals?
3      A.  Well, they have several owners.  One
4  of them is the -- the majority owner is a man by
5  the name of Richard Ware.
6      Q.  W-A-R-E?
7      A.  Correct.  You're good.  And I can't
8  tell you the other owners other than I know of a
9  small percentage of ownership by William Ariel,
10 A-R-I-E-L, and J.B. Dougherty, but I don't know
11 how much they own, if it's one share or one
12 percent, I have no idea.
13     Q.  And your ownership interest in
14 Anderson Metal is?
15     A.  None.
16     Q.  Does your brother have any ownership
17 interest in Anderson Metals?
18     A.  No interest.  No.  It's an arm's
19 length.
20     Q.  And in what capacity are you
21 affiliated with Anderson Metals?
22     A.  I am a sales employee for Anderson
23 Metals.
24     Q.  How many -- I'm sorry.
25         You're employed by the company?

Page 88

JAMES F. HUDSON

1
2      A.  Yup.
3      Q.  How long have you been employed by
4  that company?
5      A.  Three months.
6      Q.  And what is your salary at Anderson
7  Metals?
8      A.  Currently is about 25,000 annually.
9      Q.  Okay.  Is that salary or is that
10 based upon --
11     A.  Salary.
12     Q.  -- commission?
13     A.  Salary.
14     Q.  Is there a commission component?
15     A.  Nope.
16     Q.  Is there any other forms of
17 compensation or remuneration for services that you
18 provide to Anderson --
19     A.  No.
20     Q.  -- or bonuses?
21     A.  No.
22     Q.  And where are they located?
23     A.  They're located -- they're
24 headquartered in Huntingdon Valley, Pennsylvania.
25     Q.  And how many hours per week do you

Page 89

JAMES F. HUDSON

1
2  spend in your capacity as a sales employee for
3  Anderson Metals?
4      A.  That's difficult to answer.  It
5  ranges widely from one hour to 20.
6      Q.  And to whom do you make sales on
7  behalf of Anderson and what are your general
8  duties as a sales employee?
9      A.  I -- we are -- Grammer, Dempsey &
10 Hudson is selling some assets to Anderson Metals
11 and my duties are to sell the assets to Anderson
12 Metals.  Not in the sales capacity with customers
13 of Anderson so much.
14     Q.  So they're paying you as a salesman
15 to sell them assets from the business that you
16 own?
17     A.  Right.  And try to help them with who
18 those assets could be sold to.
19     Q.  Who is your supervisor at Anderson,
20 to whom do you report?
21     A.  Joseph Burkle.
22     Q.  How do you spell the last name?
23     A.  B-U-R-K-L-E.
24     Q.  What's his title?
25     A.  General manager Huntingdon Valley.

Page 90

JAMES F. HUDSON

1
2    Q.   What assets are you selling to
Anderson Metals?
4    **A.   Inventory.**
5    Q.   Are you selling the whole inventory
6  of Grammer, Dempsey, Hudson or a portion of it?
7    **A.   Portion.**
8    Q.   How much?
9    **A.   How much in terms of percentage,**
10  **dollars or what?**
11   Q.   Both actually.
12   **A.   In terms of dollars, it's**
13  **approximately $270,000.**
14   Q.   What portion of your inventory at
15  Grammer, Dempsey, Hudson would that comprise?
16   **A.   About a third.**
17   Q.   Is there a time frame when you
18  anticipate the completion of the sale?
19   **A.   Yes.**
20   Q.   When is that?
21   **A.   I would say about two months, maybe**
22  **three.**
23   Q.   And at the conclusion of the sale,
24  are you going to -- is it intended -- strike that.
25       At the completion of the sale of the

Page 91

JAMES F. HUDSON

1
2  assets that you described, is it your intention to
3  remain an employee of Anderson Metals?
4    **A.   I'm unsure. I would say yes for a**
5  **while, but I'm not sure.**
6    Q.   And your duties after the sale of
7  this portion of GDH's inventory, your duties with
8  Anderson Metal, other than assisting them with it,
9  what would they be, with the assets that you
10 transferred?
11   **A.   What would I do?**
12   Q.   Yeah. What are your continuing
13 duties once the sale is --
14   **A.   Well, in a sales capacity.**
15   Q.   Is it your intention to remain in
16 your position at Grammer, Dempsey, Hudson while
17 you're still an employee of Anderson Metals?
18   **A.   Yes.**
19   Q.   Are any other employees, officers or
20 owners of Grammer, Dempsey, Hudson employed or
21 affiliated with Anderson Metal other than
22 yourself?
\    **A.   Yes. My brother.**
24   Q.   What is his affiliation with Anderson
25 Metals?

Page 92

JAMES F. HUDSON

1
2    **A.   Same as mine.**
3    Q.   So he's employed also as a salesman
4  for Anderson Metals?
5    **A.   Correct.**
6    Q.   Do you know what his salary is there?
7    **A.   Same as mine.**
8    Q.   Does he perform the same duties that
9  you do?
10   **A.   Yes. Just different types of steel.**
11   Q.   What types of steel are you
12 responsible for?
13   **A.   Well, I'm responsible for carbon**
14 **steel to be broadly and he's responsible for**
15 **specialty steel. It's a broad generalization.**
16   Q.   That's fine. I'm sure the specifics
17 would be completely lost on me, so fair enough.
18       MR. DRIESEN:  Go on a little break if
19 we can.
20       (Break taken at 12:25 p.m.;
21 deposition resumed at 12:29 p.m.)
22   Q.   Okay. Going back to the earlier part
23 of your deposition, you indicated that you're also
24 a director of Precision Kidd Steel?
25   **A.   Yes.**

Page 93

JAMES F. HUDSON

1
2    Q.   Where is that company located?
3    **A.   Aliquippa, Pennsylvania.**
4    Q.   Al --
5    **A.   Aliquippa. Suburb of Pittsburgh.**
6  **A-L-I-Q-U-I-P-P-A.**
7    Q.   Okay. And you are a director of the
8  company?
9    **A.   Yes.**
10   Q.   How long have you been a director of
11 the company?
12   **A.   Oh, boy, let's see, 15 years.**
13   Q.   And you have an ownership interest in
14 the company?
15   **A.   Small.**
16   Q.   What's your ownership interest?
17   **A.   It's less than five percent.**
18   Q.   And who are the other owners of the
19 company that you know of?
20   **A.   Well, the Milhoulan family estate is**
21 **the principal owner of the company.**
22   Q.   That was Jackson?
23   **A.   The estate of Thomas Milhoulan. Not**
24 **Jackson. His brother actually.**
25   Q.   Okay. Other than the estate, are

JAMES F. HUDSON

1  there any other owners that you're aware of of
2  Precision Kidd Steel?
3     A.  Yeah.  There are some minority
4  stockholders like myself.
5     Q.  Do you know who those individuals
6  are?
7     A.  One would be Okaya Incorporated,
8  O-K-A-Y-A, and another would be Raymond Seitz,
9  S-E-I-T-Z.
10    Q.  Any other owners that you're aware
11 of?
12    A.  Yes.  There are minority holders of
13 stock in the company.
14    Q.  Do you know who any of those
15 individuals are?
16    A.  No.  There are 49,000 shares
17 outstanding and I don't know every single share
18 that's being held.  I own less than a thousand
19 shares and there are shareholders that go down to
20 ten shares.  So I don't know their names or
21 anything.
22    Q.  Does your brother own any interest in
23 the company?
24    A.  No.  Not that I know of I should say.

JAMES F. HUDSON

1     Q.  Who are the other directors that
2  you're aware of of the company?
3     A.  Well, Raymond Seitz is one, Dom Lea,
4  Dominic Lea, L-E-A, Alfred Goldstrum, Joseph Pass,
5  P-A-S-S, William Campbell.  That's it.
6     Q.  Other than being a director of the
7  company, what responsibilities or affiliation do
8  you have with Precision Kidd?  Do you do anything
9  other than sit on the board of directors for the
10 company?
11    A.  No.  I'm an independent company.  No
12 other relationship affiliation so to speak.
13    Q.  Does GDH have a business relationship
14 with Precision Kidd?
15    A.  We buy a small amount of steel from
16 them, yes.
17    Q.  And you mentioned Precision-Marshall?
18    A.  Yes.
19    Q.  Okay.  What kind of company is that?
20    A.  It's a privately held steel
21 manufacturing company.  It's very similar to
22 Precision Kidd actually.
23    Q.  Are you a director of that company as
24 well?

JAMES F. HUDSON

1     A.  No, I'm not.
2     Q.  Do you have an ownership interest?
3     A.  No.
4     Q.  What is your affiliation with that
5  company?
6     A.  My personal affiliation or my
7  company's?
8     Q.  Your personal affiliation first of
9  all.
10    A.  With Precision-Marshall?
11    Q.  Yes.
12    A.  None.  Other than I know the owners.
13 I know them personally.
14    Q.  What's your company's affiliation?
15    A.  We do some -- we do purchase some
16 steel from them.
17    Q.  Does your brother have any
18 relationship with the company?
19    A.  Yes.  He's on the board of directors
20 of Precision-Marshall.
21    Q.  And are you aware if he's an owner in
22 some capacity as well?
23    A.  He's similar to me as a minor
24 ownership.

JAMES F. HUDSON

1     Q.  Are you aware of any of the other
2  owners or directors of Precision-Marshall?
3     A.  No, I'm not.  Other than Jackson
4  Milhoulan which I told you before.
5     Q.  You mentioned Alan Koch also.
6     A.  He's an officer, but not -- I don't
7  know if he's on the board or not.
8     Q.  Okay.  Going back to Precision Kidd
9  for one moment.  Are you aware of any of the
10 officers of the company?
11    A.  Yes.  Sure.
12    Q.  Who are the officers of Precision
13 Kidd?
14    A.  Well, Dom, Dominick Lea is one and
15 he's the only one on the board that's an officer
16 and then there are no other officers of the
17 company right now.
18    Again, what that has to do with
19 Mid-Hudson, I have no idea.
20    MR. MC MURDY:  Please mark this as
21 Exhibit 1 if you could.
22    (Whereupon Plaintiff's Exhibit 1,
23 Grammer, Dempsey & Hudson Copy of Check, was
24 marked for identification.)

JAMES F. HUDSON

1          JAMES F. HUDSON

2    Q.  Mr. Hudson, I'm going to hand you
3  what's been marked as Plaintiff's Exhibit 1. Do
4  you recognize the two-page document that I'm
5  handing you?
6    **A.  Yes.**
7    Q.  Okay. What do you recognize that
8  document to be?
9    **A.  This is a payment from Grammer,**
10  **Dempsey & Hudson to the Teamsters 445 pension fund**
11  **for January 5th, 2007.**
12    Q.  In the note section you see where it
13  indicates on the first page it says 24th payment?
14    **A.  Right.**
15    Q.  It indicates the amount of the
16  payment being $2,817.70?
17    **A.  Yes.**
18    Q.  It also indicates that below that
19  says Mid-Hudson Steel/Local 445 pension fund.
20    **A.  Right.**
21    Q.  Is it your understanding this is a
22  payment -- one of the withdrawal liability
23  payments that was made in connection with
24  withdrawal of Mid-Hudson Steel from the Local 445
25  pension fund?

JAMES F. HUDSON

2    **A.  Right.**
3    Q.  And before we had asked questions
4  about from what account or who was making the
5  payments and you were unsure as to the exact
6  identity of the party who was writing the check?
7    **A.  Uh-huh.**
8    Q.  So based upon this check you can see,
9  at least in this instance at some point, Grammer,
10  Dempsey, Hudson, based upon the check you see
11  here, picked up the payments for the withdrawal
12  liability?
13    **A.  Right. I see it's drawn on the Bank**
14  **of America and you had asked me before about the**
15  **checking accounts. I had answered Wachovia and**
16  **I'd like to correct it to say Bank of America.**
17    Q.  That's fine.
18    **A.  I think what happened there was --**
19  **Bank of America bought one of the Wachovia**
20  **branches, so, okay.**
21    Q.  I don't keep track of that either.
22    **A.  I don't want to be construed as**
23  **misrepresenting something.**
24    Q.  No problem. Appreciate that.
25    But this was a check -- the payment

1          JAMES F. HUDSON
2  was made directly from Grammer, Dempsey, Hudson in
3  this instance in regard to the withdrawal
4  liability?
5    **A.  Yes.**
6    MR. DRIESEN:  Let me just take one
7  more second to look at my notes to make
8  sure I covered everything and then we can
9  see if we can adjourn for the day.
10    (Pause in the proceedings.)
11    MR. DRIESEN:  I think we're done.
12    MR. MC MURDY:  Just for the record I
13  want to make clarifications on two points.
14  One, we are producing a list that
15  Mr. Hudson handed today that was a payment
16  sheet that was requested. And with respect
17  to the questioning regarding the
18  arbitration request. I will copy and send
19  to you our March 15th, 2005 letter to Miss
20  Walker indicating and disputing the
21  liability amount and requesting
22  arbitration.
23    We'll send you those two things
24  afterwards and he'll read and sign.
25    (Time noted: 12:46 p.m.)

STATE OF NEW YORK    )
                  ss:
COUNTY OF WESTCHESTER  )

    I, JAMES F. HUDSON, the witness herein,
having read the foregoing testimony of the pages
of this deposition, do hereby certify it to be a
true and correct transcript, subject to the
corrections, if any, shown on the attached page.

             o0o

          _____
              JAMES F. HUDSON

Subscribed and sworn to before me
this ___ day of _____, _____.

        _____
         NOTARY PUBLIC

Page 102

Page 104

CORRECTION SHEET
Re: Huff vs. Mid-Hudson Steel Corp.

    The following corrections, additions or deletions were noted on the transcript of the testimony which I gave in the above-captioned matter, held on April 30, 2008.

PAGE(S)  LINE(S)  SHOULD READ

_____

_____

_____

_____

_____

_____


        _____
        JAMES F. HUDSON

Subscribed and sworn to before me
this ___ day of _____, _____.

_____
       NOTARY PUBLIC

Page 103

C E R T I F I C A T I O N

STATE OF NEW YORK    )
             ) Ss.
COUNTY OF WESTCHESTER   )

    I, Valerie Tatavitto, Notary Public within and for the State of New York, do hereby certify:

    That I reported the proceedings in the within entitled matter, and that the within transcript is a true record of said proceedings.

    I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 15TH day of May, 2008.

        _____
        VALERIE TATAVITTO
        NOTARY PUBLIC

## A

ble 6:13
above-captioned 104:7
Abraham 2:15
absolutely 68:11 78:8
account 45:23 46:6,15,22
    47:4,7,18,20,23 48:3,9
    48:10,17,23,25 49:4,6,8
    49:11,16,24 50:4,7,10
    80:16,17,20 99:4
accounting 45:5 63:18,22
    66:22
accounts 46:4,9,12 47:8,9
    47:12 48:4,5 80:14,22
    81:4,8,12,12,14,17,22
    99:15
acquired 54:5
action 1:8 103:16
active 12:23 13:2 77:21
    81:11
additional 43:25
additions 104:5
address 3:12,25 12:2,6
    17:8 20:21 56:20 58:18
    58:21 60:21 70:9 72:17
adjourn 100:9
administrative 24:13
    61:9 62:6,11
Adrian 1:5 3:18
affect 53:2,2
affiliate 32:14
affiliated 19:24 20:6
    30:10,25 34:15 35:3
    38:20 69:18 87:21
    91:21
affiliation 12:19 21:23
    22:2 35:17,19 59:22
    67:5 68:3 86:13 91:24
    95:8,13 96:5,7,9,15
agent 68:13
ago 6:23 11:2,3 14:23
    45:9
agree 52:25
agreed 52:24
agreement 27:18
agreements 52:16
    head 31:16
    Airtrax 1:12 83:10,21
Airtrax 9:2,8,11,23 83:11

83:12,24 84:2,21 85:19
    86:5,7
Al 93:4
Alan 37:23 38:18 97:6
Alfred 95:5
Aliquippa 93:3,5
Allison 14:14,15,17 15:5
Allison's 15:7
allowed 5:13
America 99:14,16,19
amount 9:24 43:23 52:21
    52:22 53:3,6 55:7,16
    57:11 67:9 74:24 95:16
    98:15 100:21
Anderson 8:11 9:7,21
    86:22,25 87:14,17,21
    87:22 88:6,18 89:3,7,10
    89:11,13,19 90:3 91:3,8
    91:17,21,24 92:4
Andrew 14:12 85:6
Andy 85:6
annual 79:18
annually 88:8
answer 4:13,24 5:6,20,25
    6:2,14 23:2 37:11 52:5
    58:13 70:17 82:10 89:4
answered 43:13 99:15
answers 4:13 5:13
Anthony 62:25
anticipate 90:18
anticipated 29:19
anybody 33:19
anymore 24:23
apologize 32:23 33:14
appear 4:15
appointed 56:11
Appreciate 99:24
approximately 16:11
    21:17 22:12 34:5 53:21
    62:7 63:14 90:13
April 1:16 104:8
arbitrate 53:13
arbitration 51:24 52:4,16
    52:18,19 53:8,11,12
    55:2,3,4,5,10 56:9 57:4
    82:5,6,7 100:18,22
arbitrator 56:19,24 57:2
    57:6
argue 55:7

Ariel 87:9
Army 7:15
arm's 33:25 39:6 84:22
    86:8 87:18
asked 4:24 5:6 32:23
    52:5,7 57:5,6 99:3,14
asking 4:19 5:16 6:14
    37:8 43:2
assessment 51:25 55:23
    56:5,20 82:8
assets 18:22 54:5 67:25
    89:10,11,15,18 90:2
    91:2,9
assisting 91:8
assume 4:22
attached 101:10
attorney 3:16 4:25 5:10
    53:15
Attorneys 2:4,9
attorney's 43:18
August 23:6,6 48:21
    49:23
Aulisi 62:19 63:23
Avenue-Suite 2:10
average 27:2
avoid 19:19
aware 3:19 18:13 19:23
    27:8 34:8 37:21 38:13
    38:17 47:10 48:6 49:23
    50:9 52:15 54:25 59:17
    59:18 60:4 94:2,11 95:3
    96:22 97:2,10
A-I-R-T-R-A-X 83:15
A-L-I-Q-U-I-P-P-A 93:6
A-L-L-I-S-O-N 14:16
A-R-I-E-L 87:10
A-U-L-I-S-I 62:19
a.m 1:16 78:9

## B

back 20:18 25:20 46:11
    51:7 53:4 63:5 73:8
    82:3 92:22 97:9
ball 51:17
bank 46:16,19,20,23 47:8
    47:12 48:12 49:4,7,8
    80:14,24 81:22 99:13
    99:16,19
bankruptcies 79:15
bankruptcy 10:21 11:2,8

39:22 79:16 80:12
bargaining 68:13
Barney 85:6
Barra 30:24 31:3
based 45:14 88:10 99:8
    99:10
bathroom 5:3
beginning 43:24 54:18
begins 14:24 62:22
behalf 45:16 54:25 89:7
Beit 59:15
believe 6:12 27:25 43:15
    54:6 59:20
best 14:7 16:18 19:21
    23:2 39:24
beyond 46:10
bills 48:12 81:19,24,25
bit 29:21 42:23
Blackwood 83:20
blank 14:22
blood 103:16
board 1:5 10:5,25 73:14
    84:5,6,20 85:2,18,21
    95:10 96:20 97:8,16
Bognovalia 63:3
bonuses 88:7
Borski 85:14,14
bought 54:4 99:19
box 17:10,11 58:20
boy 93:12
branches 77:11 99:20
break 5:3,7 78:6,7,9
    92:18,20
breakdown 13:12
Bridgeport 1:10 32:14
    76:6
Bridgette 32:4,7
briefly 55:11
broad 92:15
broadly 92:14
brother 13:11 14:4 29:12
    29:24 30:19 34:23 35:2
    36:17 37:20 38:4,14
    47:2 60:3,9,15 61:16,17
    62:3 68:24 69:13 71:7
    73:10 75:5 76:17 82:17
    87:16 91:23 93:24
    94:23 96:18
brother's 13:25 14:9,13

36:24 37:4 75:7
brought 4:8 56:19
Buell 1:10 72:13,17,25
    73:14,15,20 74:6,9
    77:22,25 78:12,16,21
    81:11
building 27:14 65:17,21
Burkle 89:21
business 6:24 8:18 10:19
    10:23 11:12,16,17
    12:23 13:2 17:6 18:6
    19:24 20:14,16,19,20
    27:6 29:9 33:11 38:23
    47:5,8 50:2 58:11 59:4
    60:7 61:8 67:7 68:4
    69:6,9,16 72:8 74:6
    75:12 79:9 81:7 83:24
    86:9 89:15 95:14
businesses 10:6,23,25
    11:6 32:25 33:5,10,16
    33:23 38:13 48:13 58:8
    81:19
buy 95:16
B-A-R-R-A 30:24
'-E-I-T 59:15
B-O-G-N-O-V-A-L-I-A
    63:3
B-U-E-L-L 72:14
B-U-R-K-L-E 89:23

C

C 2:2 70:7 72:16 103:2,2
Callahan 62:25
called 25:7 39:11 86:11
Campbell 95:6
capacity 13:4 76:5 87:20
    89:2,12 91:14 96:23
carbon 92:13
Carney 63:2
Carolina 18:15,21 75:2
    75:17
case 45:18 47:23 69:14
cause 26:25 57:8 75:16
cease 11:20 31:6 74:17
ceased 17:16 39:16,20
    40:6 49:22 50:24 57:15
    57:21 74:19 75:21
easing 18:4 21:12 23:5
    24:11
certainly 5:10,11 55:21

certify 101:8 103:9,15
cessation 24:17 39:8
    48:20
Chairman 1:5
chance 70:21
change 54:9
changed 46:4,19 54:8
characterize 24:19 61:21
Chase 32:9,12,13 76:24
    76:25
check 40:25 43:2,12,22
    43:24 44:2 45:21,22
    46:2,7 80:22 97:24 99:6
    99:8,10,25
checked 42:22
checking 46:15 47:7 48:9
    48:10 80:16 99:15
checks 40:18 41:11,13
    44:2,2 45:20 46:7
children 14:9,9,10,17,20
    15:2,5
childrens 14:11,13
Chris 63:2
Circleville 12:5 17:18
    18:12 20:22
CIV 1:8
CIVIL 1:8
claim 7:6
claims 7:5
clarification 52:6,7
clarifications 100:13
clarify 43:10
clear 4:20 32:24 43:17
Clerk 72:2
Close 18:5
closed 23:25 50:7 77:11
    77:12,13,16
Colleen 73:16
Colleen's 73:24
column 43:21,21,22,23
    43:24
columns 43:20
come 14:22 25:20 85:8
comes 6:6
commission 88:12,14
communication 5:24
    83:13
communications 5:17
    52:10,11,14 53:15

54:23 55:22
companies 6:8,10,16,21
    8:22 9:4,6,9,10,14,17
    9:19,25 10:3,6,9 20:3
    34:15,19 35:2,13 39:2
    39:10 75:24 77:18,21
    77:25 78:15 81:10
    85:19
company 7:2,8 8:12,23
    8:25 10:13,16 11:2,5,10
    16:7,8 19:13 21:19,22
    24:25 27:25 28:6 29:15
    30:3 34:8 35:15,17,20
    36:2,3,6,20,24 37:5,7
    37:13,19 38:13,18
    39:17,22 40:25 52:2
    58:24 59:6 60:10 61:3,6
    64:24 65:3,11,15 66:2,3
    66:5,6,6,19 67:11,21
    68:2,5 71:23 72:6 73:6
    74:17 75:4,12,15,20
    76:6,16 77:7 80:11 83:2
    83:9,16,19 84:4,10,13
    84:15,22 86:10,14
    87:25 88:4 93:2,8,11,14
    93:19,21 94:14,24 95:3
    95:8,11,12,20,22,24
    96:6,19 97:11,18
company's 21:12 96:8,15
compensation 8:19 88:17
complete 4:12,14 82:5
completely 74:19 92:17
completion 90:18,25
component 88:14
comprise 90:15
computer 27:20,22 28:4
    28:8
conclusion 90:23
concurrent 18:3
conduct 7:17
confusion 19:19
congressman 85:8
Connecticut 76:12
connection 4:7 5:18 53:9
    54:14 55:3 98:23
consider 47:22 61:22
consisted 16:13,19
Construction 1:12 66:2,3
    66:5,12 67:4,6,8,11,15

68:2,5,7,8
construed 99:22
consult 5:13
contemplating 80:11
continues 75:22
continuing 43:25 69:15
    91:12
continuity 54:17
control 17:3
copy 44:7,8,10,11 97:24
    100:18
Corp 1:10,11,12 104:3
corporate 70:5
corporation 11:11 12:16
    12:17,19,22 13:7 14:5,8
    15:16,18 16:13,19 17:5
    18:23 19:6,8,10,16,21
    20:25 21:9 27:4 70:7
    71:6 72:15,16 79:23
    86:8,11
correct 5:22 7:12 10:10
    28:13 37:17 39:13,15
    40:6 51:22 52:13 54:10
    55:13,17,20,25 56:8,12
    56:21 57:11,18,19,25
    58:5 65:16 67:13 70:18
    73:11 74:21 82:14 87:7
    92:5 99:16 101:9
CORRECTION 104:2
corrections 101:10 104:5
correspondence 52:23
    54:23
corresponding 44:2
could've 23:3
counsel 5:17,25
COUNTY 101:3 103:5
couple 14:23 79:25
course 4:10 5:8
court 1:2 7:13,16,17
covered 100:8
covering 82:15
co-tenant 67:2
crane 27:14,18 28:8
    66:25 67:12,23
cranes 65:10,11,12,18
current 69:23,24
currently 61:12 74:11,22
    78:2 88:8
customers 48:22 89:12

**D**

**᾿Ɔ** 23:15
**daily** 27:6
**Daniel** 2:6 3:16
**date** 43:21,24 48:7 55:18 55:19 79:25
**dates** 40:17 41:22 42:5 43:25 77:12
**David** 63:2
**day** 100:9 101:19 103:21 104:22
**days** 14:23
**day-to-day** 30:20
**debts** 50:3
**December** 50:13
**decided** 56:24 57:2
**deciding** 56:11
**declared** 11:8 13:3
**decline** 80:3
**Defendant** 1:19
**Defendants** 1:12 2:9
**definitely** 15:25 16:3
**deletions** 104:6
**delve** 58:15
  **emand** 56:18
**demanded** 55:2
**Demidon** 71:12,17,19
**Dempsey** 1:10,19 8:5 9:7 9:21 21:2,4,25 26:9 32:14,18 34:14,16 35:5 35:8 38:22 41:4 44:25 45:4 50:23 51:3 57:17 57:24 58:3,8,18,21 59:4 60:2,6,20,24 61:11 65:5 65:8,14 68:21 69:2,4,19 69:25 70:10,15,25 76:2 76:14 77:6,19,23 78:24 79:10,14,19 80:7,15 81:8,13,18,20 82:6,12 82:16,23 83:2 89:9 90:6 90:15 91:16,20 97:24 98:10 99:10 100:2
**department** 45:5 63:18 63:22 64:2
**deposed** 4:7 6:17,20 7:11
**deposition** 1:19 4:10 5:12 42:9 44:16 78:10 92:21 92:23 101:8
**deposits** 48:22

**describe** 24:12
**described** 28:7 81:15,23 91:2
**describing** 18:11 53:6
**design** 84:2
**designations** 61:23
**difference** 55:9
**different** 92:10
**difficult** 51:9 89:4
**difficulty** 57:22,23
**direct** 51:4
**directed** 29:11 52:12
**directly** 50:23,24 52:20 55:15,25 56:3 57:7 100:2
**director** 8:21 9:3 10:2,16 11:7,12 34:20 35:4,18 35:24 37:5 38:4,15,25 39:5 83:9 92:24 93:7,10 95:7,24
**directors** 29:13 37:6,12 66:18 69:2 73:5,9,11,14 84:5,7,20 85:16,18,21 95:2,10 96:20 97:3
**disagreed** 52:9
**disagreement** 52:22 53:6 56:5
**discuss** 52:21
**discussed** 26:14,15
**discussing** 80:6
**discussion** 42:24 54:21 82:4
**dispute** 53:9 55:13 56:14
**disputed** 54:24
**disputing** 100:20
**distribution** 11:18 58:11
**distributor** 74:8 75:13,13
**DISTRICT** 1:2,3
**divided** 60:17
**Division** 1:5 83:17
**divulge** 5:23
**document** 41:17,21,25 42:11 43:17,18,19 44:4 44:19,20 45:7 49:20 51:6 98:4,8
**documents** 41:8,15 42:19
**DOCUMENT/DATA** 26:2 42:13
**dollars** 90:10,12

**Dom** 95:4 97:15
**Dominic** 95:5
**Dominick** 97:15
**Dougherty** 87:10
**dozen** 23:21
**drawing** 14:21
**drawn** 99:13
**Driesen** 2:6 3:8,16 4:4 22:20 38:7 41:24 42:7 44:6,10,14 78:7 92:18 100:6,11
**Dul** 23:14,19 24:6,22 26:5 34:4
**duly** 3:3
**Dul's** 24:3
**duties** 22:7 30:20 61:5,7 82:25 89:8,11 91:6,7,13 92:8
**D-E-M-I-D-O-N** 71:12
**D-U-L** 23:14,16

**E**

**E** 2:2,2 103:2
**earlier** 54:21 82:3 83:8 92:22
**early** 17:2,3 40:14
**East** 83:17
**effect** 50:25 51:16
**eight** 22:22 23:2
**either** 17:18 35:3 45:25 79:10 99:21
**Elkhart** 1:11,11 86:11,16
**employ** 61:11
**employed** 8:3,5,7,11 22:11,14 23:20 24:4,7 25:5 30:25 34:11,20 53:23,24 63:10,24 71:22 72:3 73:15,20 77:2 87:25 88:3 91:20 92:3
**employee** 7:8 10:13,16 11:6,12 12:20 26:9 30:14,17 31:4,5 32:13 35:3 38:15,25 44:25 73:18 87:22 89:2,8 91:3 91:17
**employees** 22:18 23:7,7 24:10,18 25:3 26:13 28:16,21 29:10 33:5,9 33:10,15,18 48:17 49:2

61:8,15,21 62:2,11 64:14 67:25 68:12,16 68:21,25 69:6,8,17 71:8 71:10 73:16 75:9 77:24 78:14 86:6 91:19
**employment** 23:23 34:7
**encroach** 5:15
**engage** 58:9
**engaged** 55:22,23 56:15
**engineering** 84:2
**entirely** 75:20
**entities** 8:8,10,18 33:11 38:14 79:9
**entitled** 42:10 43:19 103:12
**entity** 18:7 27:8 39:12 40:24 54:9 69:6,9,15,16 70:5
**equipment** 27:5,7,7,9,10 27:11,12,20,23 28:4,7 64:13,17,25 65:4,7 78:14,16,17,20 86:6
**errors** 57:13
**Esq** 2:6,11,15
**estate** 12:16 93:20,23,25
**estimate** 15:21 22:21 23:21 31:7 38:7
**Evansville** 83:17
**events** 6:15
**eventually** 49:13
**exact** 38:2 99:5
**exactly** 38:6 47:22 51:13 51:20 59:21 78:18 79:5
**EXAMINATION** 3:8
**examined** 3:5
**examines** 51:6
**example** 27:14 33:22 48:23 69:9 81:15
**exchanged** 54:22
**exclusively** 39:10,14
**excuse** 12:9 15:4 18:18 28:17 33:20 79:4
**Executive** 35:9
**Exhibit** 97:22,23 98:3
**existed** 52:17
**expenses** 48:13
**experience** 7:18
**explain** 5:10
**explore** 55:11

extent 66:10

**F**

F 1:20 3:2,11,22 4:1 5:1
  6:1 7:1 8:1 9:1 10:1
  11:1 12:1 13:1 14:1
  15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1
  27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1
  47:1 48:1 49:1 50:1
  51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1
  59:1 60:1 61:1 62:1
  63:1 64:1 65:1 66:1
  67:1 68:1 69:1 70:1
  71:1 72:1 73:1 74:1
  75:1 76:1 77:1 78:1
  79:1 80:1 81:1 82:1
  83:1 84:1 85:1 86:1
  87:1 88:1 89:1 90:1
  91:1 92:1 93:1 94:1
  95:1 96:1 97:1 98:1
  99:1 100:1 101:6,14
  103:2 104:19
Fabisak 30:7,13 47:2
  62:3,14 63:6
fabrication 64:2 71:3,9
  72:10
Fabricator 72:7
Fabricators 1:11 70:2,24
  71:20 72:9
faces 25:14,23
fair 92:17
familiar 30:8 31:3,11,19
  31:23,25 32:3,5,8 83:21
family 16:8,14,20 36:21
  93:20
far 54:19 56:12 64:24
  65:15 73:13 77:8
father 13:11 14:3 15:24
  17:3 60:13
father's 13:13
  .x 39:9 79:3,7,8,10
Feeney 32:15
fellow 85:15

Ferguson 73:17 74:2
Fidelity 49:12
Fifteen 74:2
fifties 15:21 20:16
fifties-ish 17:2
Fifty-fifty 60:19
file 39:22 53:8
filed 10:20 11:2 18:25
  19:4 79:14,16
filing 80:12
Filopof 85:9,12,13
financial 19:2 39:17
  57:22,23 79:13,17
find 46:8 66:14
fine 5:4 20:12 25:22,24
  34:3 45:13 51:10,12
  92:16 99:17
finish 29:16
firm 53:22,24 57:10
firms 54:13
first 3:3 24:14 25:17
  26:12 31:17 36:12
  40:12 43:20 44:4,18
  53:16 96:9 98:13
five 25:16 36:25 37:2
  62:23 63:15 72:7 79:21
  79:24 80:3,4 93:17
following 104:5
follows 3:6
foregoing 101:7
foreman 61:22 62:4 64:7
  64:12
foremen 62:4
forgive 82:14
forklift 27:13,19,22,24
forklifts 28:8
form 4:14
formal 42:23
Formally 76:20
formed 5:14 16:25
forms 88:16
formulate 6:2,14
Forty 63:12,13
founded 15:19
four 9:14,17,25 10:6,9,17
  25:9,10,16 26:22 43:20
  45:20 49:17 61:24,25
  63:14 79:22 81:6
fourth 43:23

Fox 2:9 54:2,4
frame 16:23,24 47:14
  51:3 90:17
Frank 63:3
FREIGHT 1:5
Frumkin 2:4 3:17
fulfill 5:11
full 3:21
function 66:22
functioning 27:6
functions 5:11 25:6 61:9
fund 1:6 40:18 43:20
  45:16 55:7 57:6 98:10
  98:19,25
funded 47:21 48:5
funds 3:18,19 4:8 39:21
  39:21 40:2,9 52:12,15
  52:17 54:24 55:15 56:4
  56:16
further 103:15
F-E-E-N-E-Y 32:15
F-I-L-O-P-O-F 85:10

**G**

Gazette 85:6,6
GDH 21:5,8 30:14,17
  31:4,5,6 33:7,10 42:25
  43:4,5,14 44:2 45:23
  46:2,2,3,5 48:5 60:15
  63:11 64:5,18 69:11
  71:2 72:23 74:10,13
  78:11 81:24,25 86:6,9
  95:14
GDH's 91:7
GD&H 45:21
general 23:18 34:4 71:21
  89:7,25
generalization 92:15
Genevieve 14:21 15:6,12
gestures 4:15
getting 51:18
give 70:21
giving 27:2
glad 42:6
Glassman 53:25 54:5
Gloria 44:23,24 47:3
  62:14 63:16
go 15:8 31:16 47:24 53:4
  73:8 92:18 94:20
goes 13:19

going 51:7 63:5 82:3
  90:24 92:22 97:9 98:2
Goldstrum 95:5
good 3:15 87:7
gotten 7:18
grammar 1:10 78:17
Grammer 1:19 8:5 9:7
  9:21 21:2,4,25 26:9
  32:13,18 34:14,16 35:5
  35:8 38:22 41:4 43:13
  44:25 45:4 47:21 50:23
  51:3,16,19 57:16,23
  58:3,8,18,21 59:3 60:2
  60:6,20,23 61:10 65:5,8
  65:14 68:21 69:2,4,18
  69:25 70:10,15,25 76:2
  76:13 77:6,19,23 78:24
  79:10,14,18 80:7,15
  81:8,13,18,19 82:6,12
  82:15,22 83:2 89:9 90:6
  90:15 91:16,20 97:24
  98:9 99:9 100:2
grave 79:17
greater 22:14
Greensboro 75:2
grievance 56:10
Grotta 53:25 54:5
ground 82:15
grown 15:3,5
guess 30:4 48:21 66:25
  73:25 81:16
guesstimate 15:23 17:4
  31:8
guesstimating 64:8
guidance 22:9
guys 42:4

**H**

half 14:22 62:7 64:19,19
  73:25
hand 98:2 103:21
handed 43:17,18 100:15
handing 43:7 98:5
happened 17:18,21 99:18
happy 4:21 6:7
Harris 85:6
Hauling 1:11 86:16
head 4:14 40:13
headquartered 88:24
hear 86:4

**heard** 83:23 86:10,15,17
**hearing** 56:10
**held** 1:21 9:15,23 11:8
  21:15 22:3 29:24 49:8
  60:10 83:4 94:19 95:21
  104:8
**help** 89:17
**hereunto** 103:20
**he'll** 5:15 6:7 100:24
**Hoffman** 53:25 54:5
**hold** 32:20
**holders** 94:13
**holds** 37:24
**hour** 14:22 89:5
**hours** 88:25
**Hudson** 1:10,20,20 3:2
  3:11,15,22 4:1,6 5:1 6:1
  7:1 8:1,4,6 9:1,7 10:1
  11:1 12:1 13:1,14,16,19
  14:1,2 15:1,8,9 16:1
  17:1 18:1 19:1 20:1
  21:1,2,4,25 22:1 23:1
  24:1 25:1 26:1,10 27:1
  28:1 29:1,12 30:1,19
  31:1 32:1,14,19 33:1
  34:1,14,16,24 35:1,3,6
  35:8 36:1 37:1 38:1,14
  38:22 39:1 40:1 41:1,4
  42:1 43:1 44:1,18 45:1
  45:2,4 46:1 47:1 48:1
  49:1 50:1,23 51:1,3
  52:1 53:1 54:1 55:1
  56:1 57:1,17,24 58:1,3
  58:9,22 59:1,4 60:1,2,7
  60:20,24 61:1,11 62:1
  63:1 64:1 65:1,5,9,14
  66:1 67:1 68:1,21 69:1
  69:2,5,19,25 70:1,15,25
  71:1 72:1 73:1,3 74:1
  75:1 76:1,2,14 77:1,7
  77:20,24 78:1,25 79:1
  79:11,14,19 80:1,7,15
  81:1,8,13,18,20 82:1,7
  82:16,23 83:1,2 84:1
  85:1 86:1 87:1 88:1
  89:1,10 90:1,6,15 91:1
  91:16,20 92:1 93:1 94:1
  95:1 96:1 97:1,24 98:1
  98:2,10 99:1,10 100:1,2

**Hudson's** 70:10
**Huff** 1:5 3:18 4:8 104:3
**hundred** 79:25 84:18
**Hungerville** 85:5
**Huntingdon** 8:14 86:23
  88:24 89:25

—————————————————
**I**

**idea** 87:12 97:20
**identification** 97:25
**identified** 37:18
**identify** 62:10
**identity** 99:6
**immediately** 4:20 60:11
**imposed** 57:18
**inaccurate** 51:16
**inactive** 13:3
**inception** 29:2
**include** 61:17,18
**including** 61:16
**incorporated** 9:2 70:6
  94:8
**incorporating** 80:7
**independent** 95:12
**Indiana** 83:17,22
**indicate** 41:21
**indicated** 7:20 16:25
  17:22 27:3 33:7 34:4
  39:2,16 46:6 54:22
  78:11 92:23
**indicates** 44:2 45:21,22
  98:13,15,18
**indicating** 100:20
**individuals** 68:23 73:20
  85:20,24 94:6,16
**inform** 4:20
**initial** 13:15,17
**initially** 52:24
**injury** 7:8
**inquired** 25:4
**inside** 22:25
**instance** 99:9 100:3
**instituted** 52:19
**insurance** 7:7
**intended** 90:24
**intention** 91:2,15
**interest** 9:13,19,20,22
  10:10,20 11:7 12:20
  34:19 35:10,25 36:4,18

**interested** 103:17
**interpret** 43:4
**inventory** 90:4,5,14 91:7
**involved** 7:8 72:9
**issue** 45:18 51:24 53:18
  53:19 56:20 82:7
**items** 67:3

—————————————————
**J**

**J** 14:2 30:19 34:23 35:2
  38:14
**Jack** 30:15 36:9 62:19
  82:21
**Jackson** 36:12 37:15
  93:22,24 97:4
**Jacquin** 30:15 62:19 64:3
  82:22
**James** 1:20 3:2,11,22 4:1
  5:1 6:1 7:1 8:1 9:1 10:1
  11:1 12:1 13:1,14,16
  14:1,12 15:1 16:1 17:1
  18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1
  46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1
  82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1
  90:1 91:1 92:1 93:1
  94:1 95:1 96:1 97:1
  98:1 99:1 100:1 101:6
  101:14 104:19
**January** 98:11
**Jersey** 3:13,24 4:3 7:21
  8:2,6 17:7,10 26:8

**58:19 70:7 83:20**
**job** 22:7 63:6,25 64:11
**Joel** 25:17
**John** 30:24 32:15
**Johns** 62:4,21 64:7
**Joseph** 62:19 63:23
  89:21 95:5
**judge** 56:24 57:3
**Judith** 13:19
**jump** 6:7
**jumped** 29:21
**jury** 57:3
**J-A-C-Q-U-I-N** 62:20
**J.B** 87:10

—————————————————
**K**

**Kahl** 74:16,25 75:9
**keep** 99:21
**KEITH** 2:11
**Kenyatta** 31:9,17
**Kid** 8:25
**Kidd** 8:23 9:8,22 85:22
  92:24 94:3 95:9,15,23
  97:9,14
**kind** 7:4 95:20
**Knollwood** 2:5
**know** 5:4 6:5 7:16 9:23
  12:2 15:7,20 16:4,24
  17:8 18:6,9,25 20:10,18
  20:18 24:3,6 25:23 27:3
  27:11,21,25 28:5,23
  29:5,6,7,19 32:10 33:21
  34:25 35:24 36:5,7,19
  36:23 37:3,5,12,22,24
  38:2,3,6,8,19 42:4
  44:20 45:3,6,11 46:7,16
  46:21 49:7,14 50:8,12
  51:7,8,11,20,23 52:3
  53:22 54:19 55:5 56:17
  56:23,25 57:3,8,10,13
  57:20 59:12,14,19,21
  62:18 64:20,24 65:22
  66:5,8,8,9,11,15,16,21
  66:22 67:14,16,19,20
  70:20,20 71:13,14
  72:18 73:13,17,18,19
  76:25 77:11 78:18
  79:22 83:14 84:12,16
  84:23,25 85:16 87:8,10
  92:6 93:19 94:6,15,18

94:21,25 96:13,14 97:8
knowledge 19:21
Koch 37:23 38:18,20,24
 97:6
K-A-H-L 74:16
K-E-N-Y-A-T-T-A 31:10
 31:18
K-I-D-D 8:25
K-O-C-H 37:23

_____ L _____
labor 28:13
language 56:23
largest 22:17
late 50:13,16
law 57:2
lawyer 56:23
Lea 95:4,5 97:15
lease 12:7,14 18:12 27:7
 27:18 59:6,9 64:18,20
 64:23 65:2,4,15 66:24
 75:22
leased 12:13,13 17:23
 27:4,9,11,12,13,19,22
 64:24 65:8
leases 59:8 65:11,20
 67:11 75:18 86:6
leave 25:24 61:23
left 50:4
legal 19:18 52:23
length 39:6 84:22 86:8
 87:19
lengths 34:2
lessee 65:16
lessees 65:19
letter 100:19
let's 22:12,24 42:14
 46:18 47:23 57:7 63:3
 69:24 80:24 85:9 93:12
Levitates 31:9,18
liability 4:9 40:3,9 41:6
 45:17 49:20 50:16,19
 50:22 51:5,25 53:7,19
 54:24 55:17,24 56:6,21
 57:17 82:8 98:22 99:12
 100:4,21
lieutenant 7:16
light 1:11 86:16
Lina 62:18 63:19
line 79:3,5,10

LINE(S) 104:10
list 25:19 40:17 100:14
listed 9:6,15,18 10:2,7,17
 15:15 16:9,20 29:10
 34:18 45:14 49:17
 68:24 69:18 77:8 81:3
litigation 4:7 42:2
little 29:21 30:4 42:23
 74:23 78:5 92:18
LLP 2:4,9
local 1:5 3:18 28:23 40:2
 40:2 43:19 45:23 46:20
 46:23 50:22 52:2 54:23
 55:15 56:4,16 68:17,20
 82:9 98:24
located 8:13 11:23,24
 12:8 17:12 18:8 20:21
 32:25 38:10,11 58:17
 58:25 59:7 70:11 74:25
 75:15 76:11 78:24
 83:16,19,20 88:22,23
 93:2
location 17:17 59:3 68:9
long 20:13 21:15 23:19
 28:23,25 38:3 53:16
 60:6,14 61:2 62:22,24
 63:10 64:5 71:22 72:3
 73:19 84:6 88:3 93:10
longer 69:14,15
look 40:11 56:22 100:7
looking 51:8
lost 92:17
L-E-A 95:5
L-E-V-I-T-A-T-E-S
 31:10,19

_____ M _____
mailing 58:21 70:8 72:17
maintain 46:12 80:15,18
 80:21,23
maintained 46:9,17,22
 47:9,13,19 49:25 81:13
 81:23,24
maintains 80:16
majority 87:4
making 50:24 51:4 99:4
man 87:4
management 22:9 23:7
 33:5 61:21 69:5,7,8,17
 78:3,12

manager 23:18 34:4
 61:22 63:7,8 64:2,4
 71:21 76:22,23 82:22
 83:5 89:25
managerial 62:2
managers 67:21
Manette 62:14 63:16
manufacturing 95:22
March 100:19
mark 97:21
marked 43:21,21,23 44:7
 97:25 98:3
marriage 103:17
married 13:20,21
matter 3:17 5:14,18 6:24
 7:7 54:15,19 55:24
 56:11 103:12,18 104:8
matters 55:3
Maureen 73:17 74:4
maxed 23:3
may've 14:6,8 53:12
MC 2:11 6:5 42:3,16,25
 43:7 44:8,12,17 47:17
 62:16 85:23 86:21
 97:21 100:12
McKenzie 67:18
McMurdy 53:15,16,23
 54:13,22,25 55:23
mean 7:25 16:3 17:20
 40:22 43:8 48:18 51:13
 52:3 70:19 76:20 78:18
meant 53:12
medical 6:12
meet 52:21
meeting 52:6,8 55:6
member 10:5
members 16:9,14,20
 84:25
Menette 44:23,24 47:3
mentioned 4:25 34:23
 53:14 54:13 58:2,20
 59:2 67:10 73:23 75:16
 75:25 77:25 78:23
 81:11 82:21 83:8 86:22
 95:18 97:6
merged 54:6
merger 54:11
Metal 87:14 91:8,21
metals 1:11 8:11 9:7 74:8

86:11,22 87:2,17,21,23
 88:7 89:3,10,12 90:3
 91:3,17,25 92:4
middle 13:15,16
Middletown 11:24 12:6,6
 17:18 18:11 28:2 46:20
 48:11 49:25 50:5,11
Mid-Ford 12:17,19,22
 13:7,10 14:5,8 15:15,18
 16:12,19 17:5,22,24
 18:7,12,16,22,25 27:4
 27:16,17 75:16,22
Mid-Hudson 1:10 11:10
 11:11,15,17,19,22 12:7
 12:13,14 17:16,23 18:4
 18:8 19:6,8,9,10,14,15
 19:16,20,22,25 20:9,13
 20:15,25 21:9,11,23
 22:4,6,9,11,14,18 23:5
 23:20,24 24:6,11,17
 25:4 26:13 27:3 28:7,9
 28:11,16,21,24 29:9,11
 30:11,22,25 32:21 33:2
 33:4,15,16,19,21 34:11
 34:25 39:8,11,14,25
 40:6,8,21,23,24 43:6,12
 43:13,15,15 45:16 46:3
 46:5,10,12,22 47:9,13
 48:6,14,17,21 49:22
 50:24 51:13,23 52:17
 53:17 54:14 55:2,16
 56:4 57:16 58:4,4,7
 69:10,12,13 74:14
 81:16 82:13 84:24
 97:20 98:19,24 104:3
Mid-Hudson's 28:12
Milford 76:12
Milhoulan 36:9,21 37:16
 37:20 93:20,23 97:5
million 79:24 80:3,4,5
 84:17
mine 92:2,7
minor 67:9 68:6 84:11
 96:24
minority 94:4,13
minors 15:2
minus 63:15
minute 42:14 79:7 85:9
Miriam 66:21

misrepresenting 99:23
mistake 12:10
Mo 62:21 64:10,10
Mohesion 62:21
moment 97:10
money 46:5 49:7 51:14
month 26:23
months 45:8 73:23 88:5
  90:21
moonlighting 33:22
Morgan 14:2,2 29:12
  30:19 34:23 35:2 38:14
  73:3
morning 3:15
Murdy 2:11 6:5 42:3,16
  42:25 43:7 44:8,12,17
  47:17 52:23 62:16
  85:23 86:21 97:21
  100:12
M-I-L-H-O-L-A-N 36:11
M-I-L-H-O-U-L-A-N
  36:12

              N
1 2:2 103:2
name 3:9,15,20,21 10:24
  11:3 12:16 13:13,18,21
  13:25 14:24 15:8,8
  19:14,15,25 23:14
  24:22 27:25 31:10,17
  31:18,22 32:2,3 36:9,10
  36:13 37:22 59:14
  62:12,18,20,22,22
  63:19,20 64:10 66:20
  66:21 67:17 71:13,14
  71:18 73:17,18 74:15
  76:24 83:9 85:7,11,15
  87:5 89:22
names 14:11,13 25:12,15
  25:18 62:23 81:6,6
  94:21
nature 7:4,6 68:2
necessary 43:4
need 5:3,14
never 7:10 22:3 83:23
  86:15,17
New 1:3,15,22 2:5,10,10
  3:5,13,24 4:2 7:20 8:2,6
  11:24 17:7,10 26:8
  56:25,25 58:19 59:11

59:13 70:7 72:16,19
  83:20 101:2 103:4,8
Newark 3:13 8:6 17:7,10
  26:5,6,7,8 58:11,19
  80:25
Nicholas 71:12
nine 22:25 23:3
Nissan 27:24 28:2
Noelle 71:13
Noelle's 71:18
Nope 88:15
normally 43:11
North 18:15,21 75:2,17
Notary 1:22 3:4 101:20
  103:7,23 104:23
note 98:12
noted 100:25 104:6
notes 31:13 100:7
notice 1:21 53:8
number 4:11 22:14,17
  39:11 43:22
numbers 39:9 80:8

              O
O 103:2
oath 7:14
object 5:16
obvious 70:20
obviously 19:9 42:9 58:3
  66:25 69:14
occurred 16:22
offhand 66:21
office 24:13,19 26:16
  37:24 62:5,10 63:6 64:4
  64:17 82:22 83:5
officer 7:15 10:2 11:7
  12:20 34:21 35:4 37:22
  38:15,18,25 59:20
  66:23 67:18 69:12,13
  97:7,16
officers 29:10,13 37:19
  37:21 66:18 67:20
  68:25 72:25 75:3 76:16
  76:19 91:19 97:11,13
  97:17
offices 70:15
official 13:4
Off-the-record 42:24
Oh 42:25 85:13,25 93:12
okay 3:23 4:4,6,17 5:19

6:17 7:10,19 9:3 11:10
  11:15,22 15:7 17:11
  19:5,23 22:23 23:4,17
  26:12,19 27:21 29:3,8
  29:19,23 30:7,10 31:9
  31:24 32:9 33:23 38:9
  39:24 40:19 41:21,24
  43:7 44:14 45:13 48:4
  48:10 49:15 52:14 54:3
  54:12 55:8 56:9 57:9,12
  57:20 58:2,12,16 60:14
  61:5,25 64:13,17 65:20
  66:4,24 68:11,15 69:4
  70:14,17,22 72:11
  73:12 74:12,15,25
  76:11 79:13 80:11,14
  82:3,11 83:8 86:20 88:9
  92:22 93:7,25 95:20
  97:9 98:7 99:20
Okaya 94:8
old 82:15
omnidirectional 84:3
once 6:21 91:13
ones 9:12 69:23 74:11,12
operate 17:6
operated 17:9 19:15
  32:25
operates 19:14
operating 39:21 51:14
  58:5 74:11,20,21 76:4,7
  76:8 78:2
operation 11:20 21:13
  22:8 24:2,5,12,17 30:21
  39:16 46:13 49:22
  74:18 76:21
operations 17:17 18:4
  23:5 39:8,20 48:20 59:4
  75:21
original 53:5
outcome 103:18
outside 22:25
outskirts 12:5
outstanding 84:18 94:18
oversee 22:8
owed 52:5
owned 9:12 17:22 18:14
  27:9 65:8,10,12 69:10
  69:11 72:20 74:10,13
  75:16,17 77:19

owner 10:12,15 11:12
  13:8,9 14:8 21:3,8,24
  35:4 36:7,14 38:4,15
  58:4 59:19,20 66:9,9,23
  67:19 87:4 93:21 96:22
owners 14:5,18 15:15
  16:7 20:25 33:4,6,7
  36:6 37:2,2 59:12,16,18
  59:21 60:10,15 66:6,11
  67:14 69:8 70:23 71:3,5
  76:13 86:25 87:3,8
  91:20 93:18 94:2,11
  96:13 97:3
ownership 9:13,18,20,22
  10:20 11:7 12:19 16:12
  16:18 34:19 35:10,25
  36:4,20 39:3 59:25
  60:11,17 66:13 67:16
  69:5,17 77:7 82:15 84:9
  87:9,13,16 93:13,16
  96:3,25
owning 58:7
owns 36:17,23 66:5 75:18
O-K-A-Y-A 94:9
o0o 101:12

              P
P 2:2,2
Pabrico 1:11 70:2,3,6,23
  71:3,8,20 72:8 73:9,13
  74:9 77:22 78:2,12,17
  78:21,23 81:11
page 98:13 101:10
pages 101:7
PAGE(S) 104:10
paid 42:21 43:14,15
  45:11 48:17,25
paper 42:17
Pardon 7:22
Park 2:10
part 24:14 27:14 66:9
  86:4 92:22
partial 13:8,9 21:24
partially 77:9
parties 55:25 56:3,7,11
  103:16
partly 77:19
partners 16:4 59:11,17
  59:23 65:13
party 56:10 99:6

**Pass** 95:5

**Patrick** 66:7

**. ause** 100:10

**pay** 8:19 39:25 43:11
48:12,12 52:24 81:18
81:24

**paying** 6:8 40:8 89:14

**payment** 41:22 42:18
43:5,5 50:15,17 51:20
98:9,13,16,22 99:25
100:15

**payments** 40:2,5,25 41:5
41:10 42:5 43:9,19
45:15 49:19,23 50:2,10
50:19,22,24 51:4 55:16
57:15,21 98:23 99:5,11

**payroll** 26:3,4,6 47:18,20
47:23 48:2,16,24,25
49:3,6,11,16 78:3,12
80:17,22

**pending** 5:5

**Pennsylvania** 8:15 38:11
86:23 88:24 93:3

**pension** 1:5 43:20 45:16
50:17 98:10,19,25

**people** 22:10,15 26:14,14
26:18 29:8 33:21 37:6
37:21 49:17 61:10 62:5
62:8 63:6

**percent** 36:22,25 37:2
84:14 87:12 93:17

**percentage** 84:12 87:9
90:9

**perform** 33:10,18,19
34:14 77:24 78:13
82:25 92:8

**period** 24:16 25:4 28:24
47:25 48:6

**periods** 22:13

**person** 26:6 30:7 31:20
31:23 56:25

**personal** 96:7,9

**personally** 96:14

**pertain** 6:15

**Phil** 85:9,12,13

**phone** 39:9 79:3,4,6,7,8
79:10

**phonetic** 44:23 63:2

**photocopy** 44:12,14

**physical** 59:3 67:24

**physically** 11:23 12:4
17:12 58:17 70:11

**picked** 51:17 99:11

**piece** 7:7

**Pittsburgh** 93:5

**place** 1:22

**Plains** 1:15 2:5

**Plaintiff** 1:7

**plaintiffs** 2:4 3:17

**Plaintiff's** 97:23 98:3

**please** 3:10,20 31:12
37:11 81:21 97:21

**plus** 63:14

**PNC** 49:14

**PO** 17:11

**point** 6:11 16:17,21
25:15 40:5 41:2 44:7
49:13 50:19,22 51:16
51:19 57:15 78:5 99:9

**points** 100:13

**Polski** 63:2

**Polski's** 64:16

**portion** 90:6,7,14 91:7

**posed** 4:23

**position** 21:11,16,22
24:25 29:24 32:17,20
35:7,16 60:23 63:17
64:3 71:19,25 72:5 83:4
91:16

**positions** 26:15

**possessed** 18:23

**possesses** 18:23

**possibility** 18:20

**possibly** 22:25 83:14

**postal** 12:6

**preceding** 60:11

**Precision** 8:23,24 9:8,22
85:22 92:24 94:3 95:9
95:15,23 97:9,13

**Precision-Marshall**
35:14 36:2,6,15 37:6,13
37:25 38:5,9,12,20,23
95:18 96:11,21 97:3

**prepared** 41:16,17,20
42:4 44:20 45:6,10

**present** 2:14 47:13,25

**president** 3:18 21:14,21
22:6,19 29:24,25 30:5,6

35:9 60:24 61:2,6 69:11
73:3,4 75:7,8

**president/treasurer**
34:24,25

**presume** 20:19

**pretty** 57:10

**previously** 9:18

**Price** 13:22 15:8,13

**principal** 36:7,14 66:7,20
67:17 93:21

**principals** 16:2,4,7 66:19

**principal's** 59:14

**Principles** 66:17

**prior** 7:11 10:12 20:20
21:12,21 22:13 23:4
24:11,16 26:22 29:7
39:7 48:18,20 60:9
77:13,16,17

**privately** 9:12,15 11:8
95:21

**privately-held** 9:9

**privately-owned** 36:3

**privilege** 5:15

**privileged** 5:24 6:4

**probably** 16:2,3 17:2
18:5 22:21 26:21,25
27:19 46:19 49:5,11

**problem** 12:11 99:24

**proceedings** 100:10
103:11,13

**produce** 42:11 44:13,15

**produced** 41:25 49:21

**producing** 100:14

**professional** 12:18

**profit** 80:19

**profitable** 61:8

**progressed** 55:14

**properties** 18:13 59:13
75:18

**property** 12:8,12,13,15
17:19,21,23,24,25 18:7
18:10,14,17,21,22 27:4
33:2 58:24 59:7,10
75:15,17,22

**provide** 4:12 22:9 78:13
78:18,19 88:18

**provided** 17:17 20:22
46:2

**Public** 1:22 3:4 101:20

103:7,23 104:23

**publicly** 9:11,23

**publicly-traded** 9:10
84:15

**purchase** 96:16

**pursuant** 1:21 52:16

**put** 46:5 48:23 74:23

**P-A-B** 70:3

**P-A-B-R-I-C-O** 70:4

**P-A-S-S** 95:6

**P-R-I-C-E** 13:23

**p.m** 78:10 92:20,21
100:25

**P.O** 17:10 58:20

---

### Q

**Quarropas** 1:15

**question** 4:12,18,23 5:5,6
5:9,20,21,23,25 6:10
7:24 10:14 16:16 19:17
29:17 33:13 37:9 43:14
47:24 53:5 58:14

**questioning** 5:8 100:17

**questions** 4:11 6:13,15
99:3

**quite** 64:15 77:12

**quote** 80:21

---

### R

**R** 2:2,11,15 103:2

**raised** 56:15

**Rallston** 67:18

**ran** 45:12

**ranges** 89:5

**Raymond** 94:9 95:4

**RBH** 59:11,13,17,22
65:12 67:24

**reached** 55:15

**read** 100:24 101:7 104:10

**real** 12:16

**really** 12:24 24:9 51:7
80:20

**reason** 5:2 6:12 46:4
57:20,22

**recall** 6:14 12:3 15:15
16:11,15,17,21 24:23
24:24 25:11,19,21
40:12

**recognize** 98:4,7

**recollection** 14:7 16:18

41:9,19 42:9 53:11
record 3:9,21 4:16 28:25
    40:10 43:17 100:12
    103:13
records 40:15
refer 19:9 20:9 21:5 41:8
    44:16
referenced 49:20 81:17
referred 47:8 80:9
referring 19:9 21:6 40:15
    41:15,18 42:12 44:5
    46:23 47:15 48:11
    49:16 50:5,15 52:11
reflected 42:17
reflection 45:15
refresh 41:9,18
refreshing 42:8
regard 100:3
regarding 4:9 51:24
    54:24 55:23 56:5 81:18
    82:8 100:17
Reinhardt 25:17
related 7:2 51:24 103:15
relation 86:8
    relationship 13:6 29:9
    69:12,13 86:3 95:13,14
    96:19
relatives 15:14
remain 91:3,15
remaining 24:10 25:3
remember 10:24 11:3
    14:25 25:15
remuneration 88:17
repeat 81:21
rephrase 4:21 19:16 29:4
report 89:20
reported 103:11
Reporter 1:24
represent 3:17 28:21
    68:20
representation 54:18
    68:12
representative 52:20
representatives 56:16,17
    56:18
represented 28:13,15,24
    29:6 53:16 54:14
    epresenting 5:12
represents 68:15

request 52:15,19 53:8,12
    56:18 82:4,6,7 100:18
requested 26:2 42:13
    51:24 55:2,6 100:16
requesting 100:21
required 53:7
requires 5:23
reside 3:23,24 7:21,23,25
residence 7:20
resolution 55:14
resolve 56:20
resolved 55:25 56:6,17
respect 17:19 30:21
    45:17 82:5 100:16
responsibilities 30:21
    33:11 95:8
responsible 65:4 92:12
    92:13,14
rest 25:17
result 55:21
resumed 78:10 92:21
returns 19:2
revenue 74:23,24
revenues 74:22
Rich 32:4
Richard 32:6 87:5
right 6:3,9 7:19 16:10
    17:15 18:2 20:11 21:7
    26:11 30:24 34:3,22
    43:16 44:3 45:19 56:22
    57:7 58:13,23 79:2
    82:18,19 86:24 89:17
    97:18 98:14,20 99:2,13
Road 12:4
Road-Suite 2:5
Robert 85:7,7,14
Robert's 85:11
Rochester 72:18
role 21:18,20 84:4
Rome 3:13 17:13,14
    58:19 59:2 60:21 68:9
Ron 32:9,12,13 59:15
    76:24
Rothchild 54:2,4
ROTHSCHILD 2:9
roughly 23:5 31:22 84:18
Routine 50:2
Rudy 62:25
run 61:7

                    S
S 2:2 62:22 64:10
Sabatini 63:2
salary 8:20 88:6,9,11,13
    92:6
sale 18:10 90:18,23,25
    91:6,13
sales 79:18,24,25 80:6,8
    87:22 89:2,6,8,12 91:14
salesman 89:14 92:3
Sapir 2:4 3:16
says 42:20 98:13,19
schedule 42:21 43:8
Scott 2:15
Scrap 1:11,11 86:11,16
se 53:12 66:23 80:20
searches 42:19
second 10:14 43:21 73:8
    100:7
secretary 30:2,5
Secretary/sales 25:2
section 98:12
see 22:12,24 25:14 42:10
    42:15 46:18 63:3 65:14
    80:24 83:16 85:9 93:12
    98:12 99:8,10,13 100:9
Seitz 94:9 95:4
sell 89:11,15
selling 89:10 90:2,5
senator 85:8
send 100:18,23
sense 27:17
sent 40:18 43:19 45:23
sentence 24:15 86:4
separate 46:14 47:18,20
    47:23 86:7
serve 37:21 38:25 85:18
    85:21
services 33:18,19 34:14
    58:8 77:24 78:13,19
    88:17
set 103:20
settled 53:3
seven 73:25 74:4 79:21
    80:5 84:8
share 28:6 33:4,6,9,15
    36:24 39:9 42:6 64:23
    65:2 67:2,24,25 69:5,7
    78:20 79:3,4,8,9 81:8

86:5 87:11 94:18
shared 33:8 47:4 69:16
shareholders 94:20
shares 84:17 94:17,20,21
sharing 66:24,25 80:19
Shaw 12:4
Shawa 31:24,25
sheet 42:16 100:16 104:2
Shelby 14:14,17 15:5,10
shop 64:14 73:18,22
Shorthand 1:24
show 31:12
shown 49:21 101:10
sign 26:3,4 41:12 100:24
signatories 46:21 81:3
signatory 49:15
signed 41:11,13
similar 54:4 95:22 96:24
single 94:18
sir 30:18
sister 13:11 14:4
sister's 13:18 14:10,20
sit 57:7 95:10
site 78:24
six 22:12 26:18 45:8
    73:22 79:21
sixties 17:3 20:17
small 9:22,24 36:4,17
    74:23 87:9 93:15 95:16
sold 7:9 17:24,25 18:7
    89:18
sole 21:8 58:3 60:10,15
solely 16:13,13,19 28:9
    28:10
somebody 26:5 31:25
    41:20
someplace 20:5
sorry 12:9 23:15 29:18
    29:22 33:13 50:19
    70:16,19 83:12 86:2,3
    87:24
sort 8:19 26:25
sounds 31:22
SOUTHERN 1:3
space 25:24 66:25 67:24
speak 95:13
specialty 1:10 72:13 73:2
    73:20 74:7,8,16 75:10
    75:14 92:15

**specific** 22:20 30:4 55:5 55:10

**pecifically** 57:5

**specifics** 92:16

**speculating** 66:14

**spell** 36:10 62:21 89:22

**spelled** 14:15 83:15

**spend** 89:2

**ss** 101:2 103:5

**staff** 24:13,19

**stance** 57:3

**start** 6:11 24:14 69:24

**started** 15:24 51:4

**Starting** 66:4

**state** 1:22 3:5,9,20 56:25 101:2 103:4,8

**statements** 19:2

**STATES** 1:2

**status** 39:17 79:14,17

**steel** 1:10,10,10,11 7:7,9 8:23,25 9:8 11:11,18 19:8,10,16,20,22 21:9 32:14 35:14 36:2,6,15 37:7,13,25 38:5,10,12 38:21,23 58:10 70:2,24 71:3,9,20 72:8,10,13 73:2,10,21 74:7,8,16 75:10,13,14 76:6 84:24 92:10,11,14,15,24 94:3 95:16,21 96:17 98:24 104:3

**Steel/Local** 98:19

**step** 46:11

**stepping** 56:10

**stock** 9:23 36:22 94:14

**stockholders** 94:5

**stop** 40:8 76:9

**stopped** 76:8,21

**Street** 1:15 3:13 4:2 17:13,14 58:19 59:2 60:21 68:9 83:17

**Strictly** 39:6

**strike** 10:13 24:4 33:13 50:19 58:25 90:24

**structure** 59:21

**subject** 101:9

**`ubscribed** 101:18 104:21

**subsequently** 53:25

**subsidiaries** 69:22,25 72:11 74:10,13 76:2 80:9

**subsidiary** 72:21 76:7 81:10

**Suburb** 93:5

**Sue** 30:7,13 47:2 62:3,14 63:6

**supervise** 61:8

**supervisor** 89:19

**supposed** 42:21

**sure** 5:15 6:3 13:12 18:18 18:19 20:17 23:3 24:9 24:16 28:3 31:15 33:12 38:8 41:3,7 43:11 44:17 46:6 50:14 56:13 59:19 62:24 63:16 66:9,13 77:12,15 81:22 82:19 86:5 91:5 92:16 97:12 100:8

**switched** 46:3

**sworn** 3:3 101:18 104:21

**Systems** 63:7,8

**S-E-I-T-Z** 94:10

**S-H-A-W-A** 31:24

**T**

**T** 2:6 103:2,2

**take** 5:3,7 40:25 41:5 46:11 78:5,7 100:6

**taken** 49:12 78:9 92:20

**talk** 22:8

**talked** 14:23 82:4

**talking** 19:5 20:10 44:19 69:23 79:20

**Tatavitto** 1:24 3:4 103:7 103:22

**tax** 19:2

**Teamsters** 1:5 28:18 68:18 98:10

**tell** 36:23 86:21 87:8

**ten** 63:20 64:16 94:21

**tenant** 67:11 68:8

**tenants** 65:21,25

**tenure** 22:18

**terminate** 23:23

**terminated** 23:25 24:5

**terms** 29:8 45:10 52:4 57:4 90:9,12

**Terrence** 66:7

**testified** 3:6 7:13

**testimony** 101:7 104:7

**thank** 62:17

**Theresa** 31:24,25

**thing** 43:10 57:14

**things** 4:15 67:25 100:23

**think** 5:3,22 12:3 14:24 16:25 19:4,18 42:3 51:17 53:13 57:5,11 77:13,17,20 78:4 85:15 99:18 100:11

**third** 43:22,23 56:9 90:16

**third-party** 56:19

**Thomas** 93:23

**thought** 42:22

**thousand** 80:2 84:19 94:19

**three** 26:21 37:2 43:25 71:10 72:4 73:16 77:10 88:5 90:22

**time** 1:21 4:4 7:11,14 16:5,6,23,24 18:3 25:4 28:24 32:20 34:10,11 47:14 50:9 51:3 54:25 57:21 68:20 69:10 75:9 76:5 77:2 90:17 100:25

**times** 6:19 45:10 46:19

**timing** 49:14

**title** 19:25 22:3 23:17 35:7 38:2 45:3 89:24

**titles** 75:6

**today** 4:6 6:14 7:11 10:10 10:12,17 54:19 100:15

**told** 97:5

**Tony** 62:25

**top** 40:13 43:18

**Toro** 71:18,25

**Total** 66:2,4,11 67:3,6,7 68:8

**Totally** 86:8

**town** 12:4

**track** 99:21

**traded** 9:11

**transcript** 101:9 103:13 104:6

**transferred** 48:25 49:3,7 91:10

**treasurer** 30:2,6

**truck** 27:13,19,22,24

**true** 47:20 79:5 101:9 103:13

**Trustees** 1:5

**try** 61:7 89:17

**Twelve** 64:6

**Twenty** 21:17

**two** 8:21 22:24 24:20 26:16,23,23 37:2 56:7 60:11,18 65:25 67:3 73:23 74:13 77:21,25 78:14 81:4,5 90:21 100:13,23

**two-page** 98:4

**type** 37:2 70:5 72:15 74:6 83:24

**types** 92:10,11

**T-O-R-O** 71:18

**T-O-T-A-L** 66:2

**U**

**uh-huh** 4:14 13:24 99:7

**understand** 4:19 5:9 6:13 7:24 16:15 21:5 38:19 56:12

**understanding** 19:11 39:25 45:14,22,25 50:18,21 52:3 53:5 56:14 75:21 98:21

**understood** 4:22 26:24 55:8

**union** 28:13,15,20 68:13 68:15

**unions** 28:15,20

**UNITED** 1:2

**unknown** 63:19,20

**unsure** 91:4 99:5

**untitled** 43:22

**use** 28:9,10 48:5 52:18 65:5 81:12

**uses** 64:18

**utilized** 17:19

**V**

**Valerie** 1:24 3:3 103:7,22

**Valley** 8:14 86:23 88:24 89:25

**various** 3:19 16:8 68:24

**vehicles** 84:3

**vendors** 50:2

**venue** 82:13

**W**

**vice** 29:25 30:5 34:24,24 35:9 73:4 75:8
**volunteer** 51:15
**vs** 104:3

**W**

**Wachovia** 49:13 80:24 99:15,19
**wait** 42:14 62:15 79:7
**Walker** 100:20
**Walnut** 4:2
**Walter** 23:14 24:22 26:5
**want** 19:19 24:14 32:24 51:8,15 62:14,23 78:7 80:20 99:22 100:13
**Ware** 87:5
**warehouse** 26:21 65:7
**warehouseman** 25:7 26:15
**warehousemen** 62:23
**Washington** 38:11
**wasn't** 54:7,8,9 55:24 82:12,19
**Watson** 85:7
**·ay** 4:5 17:20 30:11 46:5 74:23 103:17
**Wayne** 62:4,21 64:7
**week** 42:4 45:9 88:25
**went** 20:18
**WESTCHESTER** 101:3 103:5
**Westfield** 3:24 4:2 7:20 8:2
**we'll** 42:5 58:15 100:23
**we're** 42:10 43:16 44:5 100:11
**we've** 18:11 26:14,15 44:19 81:5
**whatsoever** 8:19 69:16
**WHEREOF** 103:20
**White** 1:15 2:5
**wholly** 72:20 74:10 77:9 77:19
**wholly-owned** 75:25
**widely** 89:5
**wife** 7:25
**Villiam** 85:5 87:9 95:6
**·vithdrawal** 4:9 40:2,9 41:5 45:17 49:19 50:16 50:22 51:4,25 53:7

54:24 55:17,24 56:6,21 57:17 82:8 98:22,24 99:11 100:3
**withheld** 52:25
**witness** 42:14,19 43:3 51:6 78:4 85:25 101:6 103:20
**woman** 24:22,24
**women** 73:23
**word** 52:18 53:11,13 55:4,5 57:4
**words** 5:19
**worked** 10:19 32:18 33:21
**workers** 28:12,24
**working** 31:6
**world** 20:5 84:23
**wouldn't** 47:22
**would've** 33:8 48:24
**wound** 39:19
**write** 31:14 36:11 43:12 62:15
**writing** 40:24 99:6
**written** 45:23
**wrong** 83:14
**W-A-R-E** 87:6

**X**

**Xenon** 71:13,14 72:5
**X-E-N-O-N** 71:14,15

**Y**

**yeah** 15:23 16:23 25:13 26:11 36:16 40:22 42:7 42:25 46:18 48:19 50:17 63:9 65:3 74:3 76:21 85:14 91:12 94:4
**year** 20:24 23:4 24:11,16 26:22 27:2 39:7 48:20 74:24 76:10 79:20
**years** 6:23 11:2,3 20:20 21:17 23:22 25:16 34:5 38:7 63:12,15,18,20,24 64:6,9,12,16 71:24 72:4 72:7 73:24,25 74:2 79:22 83:5 84:8 93:12
**yesterday** 14:23
**York** 1:3,15,23 2:5,10,10 3:5 11:25 56:25,25 59:11,13 72:16,19

101:2 103:4,8
**Yup** 64:8 71:16 88:2

**Z**

**zero** 63:14
**Zinc** 1:11 66:3 67:10,15 68:2,4,7

**$**

**$2,817.70** 98:16
**$25,000** 74:24
**$270,000** 90:13

**0**

**07** 1:8
**07090** 4:3
**07101** 3:14

**1**

**1** 97:22,23 98:3
**1/5/07** 40:20
**10:15** 1:16 4:5
**100** 2:10
**10017** 2:10
**1059** 17:10
**10603** 2:5
**109** 12:4
**11:56** 78:9
**12** 34:5 64:12 83:5
**12:03** 78:10
**12:25** 92:20
**12:29** 92:21
**12:46** 100:25
**14** 61:14,15,17,20
**15** 38:7 73:24 93:12
**15th** 100:19 103:21
**1500** 2:10
**1710** 83:17
**19** 79:23
**1935** 60:8
**1950s** 15:22
**1968** 20:19,20 29:6
**1970** 20:19
**1980** 60:16 61:4
**1998** 31:7

**2**

**20** 6:23 11:2 64:9 89:5
**2000** 76:10
**2003** 23:6 48:21

**2004** 10:15 11:21 18:23 19:2,4 20:24 22:10,13 23:6 46:10,10 47:13,25 48:7,18,19,21 49:9,23 53:20 77:6,13,20 79:21 80:2
**2005** 19:4 100:19
**2006** 50:13,16 80:2
**2007** 40:14,14 76:10,10 79:24 98:11
**2008** 1:16 79:24 103:21 104:8
**212** 3:13 17:13,14 58:19 59:2 60:21 68:9
**24th** 98:13
**249** 4:2
**25** 84:17
**25,000** 88:8

**3**

**30** 1:16 11:3 71:24 104:8
**300** 1:15
**310** 2:5
**35** 63:24
**399** 2:5

**4**

**40** 63:18
**4186** 43:25
**445** 1:5 3:18 28:17,18,23 40:2,2 43:19 45:23 50:22 52:2,12,15,20 54:23 55:15 56:4,16 68:20 82:9 98:10,19,24
**450** 52:20
**455** 28:17
**478** 68:17
**49,000** 94:17

**5**

**5th** 98:11
**50/50** 82:16
**5926** 1:8

**9**

**9/29/06** 43:24
**99** 36:22