Exhibit 9

# PAYMENTS SENT TO LOCAL 445
## PENSION FUND

| DATE | CHECK # | | AMOUNT |
|---|---|---|---|
| 02/10/05 | 1198 | | 2,817.70 |
| 02/25/05 | 1199 | | 2,817.70 |
| 04/05/05 | 1202 | | 2,817.70 |
| 04/27/05 | 1203 | | 2,817.70 |
| 05/25/05 | 1205 | | 2,817.70 |
| 06/22/05 | 1207 | | 2,817.70 |
| 07/26/05 | 1210 | | 2,817.70 |
| 08/26/05 | 1211 | | 2,817.70 |
| 09/26/05 | 1213 | | 2,817.70 |
| 10/26/05 | 1214 | | 2,817.70 |
| 11/28/05 | 1216 | | 2,817.70 |
| 12/27/05 | 1217 | | 2,817.70 |
| 01/24/06 | 1219 | | 2,817.70 |
| 02/27/06 | 1221 | | 2,817.70 |
| 03/28/06 | 1222 | | 2,817.70 |
| 04/27/06 | 1224 | | 2,817.70 |
| 05/30/06 | 1225 | | 2,817.70 |
| 06/30/06 | 1228 | | 2,817.70 |
| 07/31/06 | 1229 | | 2,817.70 |
| 08/31/06 | 1231 | | 2,817.70 |
| 09/29/06 | 4186 | G D & H CHECK | 2,817.70 |
| 11/01/06 | 4289 | G D & H CHECK | 2,817.70 |
| 12/06/06 | 4401 | G D & H CHECK | 2,817.70 |
| 01/05/07 | 4472 | G D & H CHECK | 2,817.70 |
| | | **TOTAL** | **67,624.80** |