UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIAN HUFF, as Chairman of the Board of
Trustees of TEAMSTERS LOCAL 445 FREIGHT
DIVISION PENSION FUND,

                            Plaintiff,

-against-

MID-HUDSON STEEL CORP., GRAMMER,
DEMPSEY &HUDSON, INC., BRIDGEPORT
STEEL CO., BUELL SPECIALTY STEEL CO.,
PABRICO STEEL FABRICATORS, INC., ELKHART
SCRAP METALS CORP., ELHART SCRAP LIGHT
HAULING, ZINC CONSTRUCTION CORP., and
AIROTRAX, INC.,

                            Defendants.

**Civil Action No. 07 Civ 5926**
(CLB)(MDF)

---

### AFFIDAVIT OF KEITH R. MCMURDY

KEITH R. MCMURDY, an attorney admitted to practice before this Court, declares, pursuant to 28 U.S.C. §1746, being duly sworn, competent to testify, and under penalty of perjury states as follows:

1. I am a partner with the law firm of Fox Rothschild LLP, attorney for Mid-Hudson Steel Corporation, Grammer, Dempsey & Hudson, Inc., Bridgeport Steel Co., Buell Specialty Steel Co., and Pabrico Steel Fabricators, Inc.

2. Attached here as Exhibit A is a copy my letter of March 25, 2005, to counsel for the Plaintiff disputing the withdrawal liability calculation and requesting arbitration.

3. Neither Plaintiffs nor their counsel ever responded to the request for arbitration.

4. Throughout 2005, I had multiple phone conferences with counsel for the Plaintiff, Kellie Therese Walker, to discuss the nature of the disputed liability.

5. Attached hereto as Exhibit B are copies of portions of the deposition transcript of James Hudson.

I do swear.

Dated: July 15, 2008

_____
Keith R. McMurdy

Signed and sworn before me this
15th day of July, 2008.

_____
NOTARY PUBLIC

HEATHER WRENN
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
Commission Expires October 3, 2009

NY1 298620v1 07/11/08

**<u>Exhibit A</u>**

# GROTTA, GLASSMAN & HOFFMAN, P.C.
## COUNSELLORS AT LAW

HAROLD E. GROTTA (1911-2001)
JEROLD E. GLASSMAN
HAROLD L. HOFFMAN
STEPHEN A. PLOSCOWE
DESMOND MASSEY
THEODORE M. EISENBERG
RICHARD J. DELELLO
MICHAEL BARABANDER[1,4]
STANLEY L. GOODMAN
JED L. MARCUS
JEDD E. MENDELSON
STEVEN S. GLASSMAN
DOMINICK J. BRATTI
LESLIE ANN LAJEWSKI[1,3]
BETH A. HINSDALE
SHEA HUTCHINS LUKACSKO[1,2,4]
FRANCINE ESPOSITO
CRAIG R. BENSON*
DAVID M. WIRTZ
ALAN I. MODEL
FRANCIS V. COOK[1]
DAVID F. FAUSTMAN*
TEDD J. KOCHMAN[1,5]
KEITH R. MCMURDY[1]
GLENN J. SMITH[1,4]
BERTRAND B. POGREBIN*
BRUCE R. MILLMAN*
JOHN T. BAUER*
ALKA BAHAL
RUSSELL J. MCEWAN[1]

COUNSEL
LESTER F. APONTE*
HEATHER R. BOSHAK[1]
LISA M. BRAUNER[1]
STEPHEN A. FUCHS[1]
MARK E. TABAKMAN
CHERYL J. WELLER[1]

+ Member CA Bar Only
* Member NY Bar Only

75 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY 07068
(973) 992-4800
Facsimile (973) 992-9125

E-Mail: attorneys@gghlaw.com
www.gghlaw.com

*New York*
650 Fifth Avenue
New York, New York 10019
(212) 315-3510
Facsimile (212) 315-3992

*Long Island*
532 Broadhollow Road, Suite 142
Melville, New York 11747
(631) 293-4525
Facsimile (631) 293-4526

*Los Angeles*
1801 Century Park East, Suite 2400
Los Angeles, California 90067
(310) 556-8786
Facsimile (310) 556-9632

*San Francisco*
388 Market Street, Suite 500
San Francisco, California 94111
(415) 296-3885
Facsimile (415) 296-3886

OF COUNSEL
PETER B. AJALAT[1]
M. JOAN FOSTER
ILENE F. LAINER[1]
JOSEPH J. MALCOLM
ROGER C. SCHECHTER

CHRISTINE A. CANNELLA[3]
KIMBERLY A. CAPADONA
DEBI F. DEBIAK[1]
MICHAEL R. DICHIARA[1]
MARGO D. EBERLEIN
NICHOLAS J. FALCONE[1]
LISA I. FRIED-GRODIN[1]
EBONEÉ N. HAMILTON[1]
MICHAEL S. HANAN[1]
JOHN D. HOROWITZ[1]
JEANNINE IDRISSA
JEANNE JOYCE
PETER K. KIM*
CAROL A. MCCARTHY*
JORDAN A. MATTHEWS[1]
JONATHAN MEYERS[1]
MARY A. MOONEY[1,4]
KEITH J. ROSENBLATT[1]
SUZANNE J. RUDERMAN[1]
JENNIFER RYGIEL-BOYD[1]
DONIA SAWWAN[1]
KATY SHI-KLEPPER
JOANNE SKOLNICK*
BRIAN J. TUROFF*

[1] Also Admitted in NY
[2] Also Admitted in CA
[3] Also Admitted in PA
[4] Also Admitted in DC
[5] Also Admitted in MD
[6] Also Admitted in MI & OH

March 15, 2005

**VIA FACSIMILE (914-682-9128) AND REGULAR MAIL**

Kellie Terese Walker, Esq.
Sapir & Frumkin L.L.P.
399 Knollwood Road #310
White Plains, New York 10603

Re:   **Mid-Hudson Steel Corp.
      Claims for Withdrawal Liability
      Teamsters Local 445 Freight Division Pension Fund**

Dear Ms. Walker:

As previously noted, we have received the documentation that we requested with respect to the claim for withdrawal liability. After reviewing that documentation, we believe that the Fund has improperly calculated the claimed liability and request that the calculations be verified. We also request that this matter be arbitrated to determine the actual amount of liability and we will provide you with our experts' calculations in the near future.

GROTTA, GLASSMAN & HOFFMAN, P.C.

Kellie Terese Walker, Esq.
Page 2
March 15, 2005

    In the interim, our client's continued submission of monthly payments should not be considered an admission of liability or an acquiescence that the Fund calculations are accurate. Thank you for your continued attention to this matter.

                           Very truly yours,

                           GROTTA, GLASSMAN & HOFFMAN, P.A.

                           KEITH R. McMURDY

KRM/cb

**<u>Exhibit B</u>**



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

ADRIAN HUFF, as Chairman of the Board of Trustees
of TEAMSTERS LOCAL 445 FREIGHT DIVISION PENSION
FUND,

        Plaintiff,

               CIVIL ACTION NO. 07 CIV. 5926

    -against-

MID-HUDSON STEEL CORP., GRAMMAR, DEMPSEY & HUDSON,
INC., BRIDGEPORT STEEL CO., BUELL SPECIALTY STEEL
CO., PABRICO STEEL FABRICATORS INC., ELKHART SCRAP
METALS CORP., ELKHART SCRAP LIGHT HAULING, ZINC
CONSTRUCTION CORP., and AIROTRAX, INC.,

        Defendants.

------------------------------------------

                300 Quarropas Street
                White Plains, New York
                April 30, 2008
                10:15 a.m.

    Deposition of the Defendant, GRAMMER, DEMPSEY
& HUDSON, INC., by and through JAMES F. HUDSON,
held pursuant to notice at the above time and
place before a Notary Public of the State of New
York.

                Valerie Tatavitto
                Shorthand Reporter

|   |   |   |
|---|---|---|
| 1 | | JAMES F. HUDSON |

2  of the companies that you indicated that you had
3  an ownership interest in or --
4      A.    No.
5      Q.    -- were a director for?
6      A.    No. Strictly arm's length.
7      Q.    Now, during the year prior to the
8  cessation of operations of Mid-Hudson, did it
9  share any of its phone or fax numbers with any
10 other companies or was it exclusively when you
11 called that number, you got Mid-Hudson and no
12 other entity?
13     A.    Correct.
14     Q.    So it was exclusively for Mid-Hudson?
15     A.    Correct.
16     Q.    You indicated they ceased operation.
17 What is the financial status of the company?
18     A.    What was or what is?
19     Q.    Well, what is? How is it wound down?
20     A.    Well, when we ceased operations, we
21 did -- we had no funds, operating funds.
22     Q.    Did the company file for bankruptcy?
23     A.    No.
24     Q.    Okay. To the best of your
25 understanding, did Mid-Hudson ever pay to the

JAMES F. HUDSON

Local 445, Local 445 funds payments for withdrawal liability?

A. Yes.

Q. And at some point those payments made by Mid-Hudson ceased; is that correct?

A. Yes.

Q. When did Mid-Hudson stop paying withdrawal liability to the funds?

A. I have a record with me. I have to look it up.

Q. First of all, do you recall off the top of your head?

A. It was about 2007. Early 2007.

Q. And what records are you referring to?

A. Well, I have a list of the dates that we sent checks to the fund.

Q. Okay.

A. And the last one was 1/5/07.

Q. From Mid-Hudson?

A. Yeah. What do you mean by from Mid-Hudson?

Q. Mid-Hudson was the entity writing the check. Did some other company take over payments