UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIAN HUFF, as Chairman of the Board of Trustees of TEAMSTERS LOCAL 445 FREIGHT DIVISION PENSION FUND,

        Plaintiff,

-against-

MID-HUDSON STEEL CORP., GRAMMER, DEMPSEY &HUDSON, INC., BRIDGEPORT STEEL CO., BUELL SPECIALTY STEEL CO., PABRICO STEEL FABRICATORS, INC., ELKHART SCRAP METALS CORP., ELHART SCRAP LIGHT HAULING, ZINC CONSTRUCTION CORP., and AIROTRAX, INC.,

        Defendants.

Civil Action No. 07 Civ 5926
(CLB)(MDF)

---

### AFFIDAVIT OF JAMES F. HUDSON

JAMES F. HUDSON, being duly sworn, competent to testify, and under penalty of perjury states as follows:

1. I was the president and partial owner of Mid-Hudson Steel Corporation.
2. At the time of the cessation of contribution to the Local 445 Freight Division Pension Fund by Mid-Hudson Steel, the liabilities of the company exceeded the value of the assets of the company.
3. Mid-Hudson Steel ceased operation and liquidated its assets.
4. After its liquidation, Mid-Hudson did not have funds to make payment of any liability, including the withdrawal liability asserted by the Funds.

I do swear.

Dated: 7/15/08

        _____
        James F. Hudson

Signed and sworn before me this
15 day of July, 2008.

_____
NOTARY PUBLIC

JOHN J. JACQUIN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 22, 2010

NY1 285257v1 07/09/08