## Sapir & Frumkin LLP

ATTORNEYS AT LAW

399 KNOLLWOOD ROAD, SUITE 310

WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL: WCusack@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN∆
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
WILLIAM F. CUSACK III

*ADMITTED IN N.Y. & CT.
**ADMITTED IN N.Y. & N.J.
∆ADMITTED IN N.Y. & MA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

April 26, 2007

*Facsimile and First Class Mail*
*Facsimile No.: (973) 992-9125*

Keith R. McMurdy, Esq.
Grotta, Glassman & Hoffman, P.A.
75 Eisenhower Parkway
Roseland, New Jersey 07068

Re:  *Fred Smit, as Chairman of the Board of Trustees of Teamsters Local 445 Freight Division Pension Fund v. Mid-Hudson Steel Corp.*
Our File No. 03-7418

Dear Mr. McMurdy:

We represent Teamsters Local 445 Freight Division Pension Fund (the "Fund") in the above-referenced matter. By our December 21, 2004 letter, the Fund advised Mid-Hudson Steel Corp. ("MSC") that, in or about August 2004, it completely withdrew from the Fund. MSC's complete withdrawal was in accordance with the Employee Retirement Income Security Act ("ERISA") § 4203, *et. seq.*, as amended by the Multiemployer Pension Plan Amendments Act ("MPPAA"). Based on its complete withdrawal, and as prescribed under MPPAA § 4211, the Fund's actuaries determined that MSC owed withdrawal liability in the total amount of **$300,296.56**.[1] Further, the statutory scheme underlying the MPPAA obligates MSC to "pay now and dispute later" any

---

[1] The Fund reserves the right to adjust, amend, or revise MSC's initial withdrawal liability amount or assess additional withdrawal liability against MSC and any trades or businesses which may be under common control with MSC in the event, but not limited to, the Fund declares a mass withdrawal, either because the Fund terminates by withdrawal of every contributing employer of Fund, or withdrawal of substantially all of the Fund's contributing employers pursuant to an agreement or arrangement to withdraw in accordance with MPPAA § 4219(c)(1)(D).

Keith R. McMurdy, Esq.               -2-                    April 26, 2007

challenge it may claim against the withdrawal liability assessed by Local 445 Pension Fund.[2]

*Late-Payment Notice*

    Please be advised that this letter serves as a late-payment notice to MSC for its overdue withdrawal liability payment. MSC failed to remit payment in full of its total withdrawal liability remaining due or remit its twenty-seventh (27th) monthly installment payment in the amount of $2,817.70 due March 31, 2007. MSC is now overdue in paying its withdrawal liability. Accordingly, MSC shall be in statutory default if it fails to remit payment in full of its total withdrawal liability remaining due or remit its twenty-seventh (27th) monthly installment payment in the amount of $2,817.70 within sixty (60) days after receiving this late-payment notice letter. In addition, MSC's failure to pay its withdrawal liability remaining due as prescribed herein shall entitle the Fund to demand from MSC "immediate payment of the outstanding amount of the withdrawal liability, plus accrued interest on the total outstanding liability from the due date of the first payment which is untimely paid."

    We rely on your prompt response.

                                                    Very truly yours,

                                                    William F. Cusack III

WFC:aa

cc:  Douglas McCauley, Fund Chairman (Via First Class Mail)
      Sharon Molinelli, Fund Administrator (Via First Class Mail)
      David Kramer, Esq. (Via Hand Delivery)

F:\APPLICAT\WP\TEAMSTER\Mid Hudson Steel Corp\Withdrawal Liability\Letters\l-McMurdy.Default.04.26.07.wpd\dp

---

[2] *Bay Area Laundry and Dry Cleaning Pension Trust Fund v. Ferbar Corp. of Cal., Inc.*, 522 U.S. 192, 197, 118 S. Ct. 542, 139 L. Ed. 2d 553 (1997); *Amalgamated Ins. Fund v. Steve Petix Clothier Inc.*, 2004 U.S. Dist. LEXIS 418, *9 (S.D.N.Y. 2004).

## SAPIR & FRUMKIN LLP
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
WILLIAM F. CUSACK III

*Admitted in N.Y. & CT.
**Admitted in N.Y. & N.J.
^Admitted in N.Y. & MA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

## FACSIMILE TRANSMITTAL SHEET

| TO: | FAX NUMBER: |
|---|---|
| 1) Keith R. McMurdy, Esq. | (973) 992-9125 |
| 2) | |
| 3) | |
| 4) | |

| FROM: | DATE: | NO. OF PAGES: 3 | CLIENT/MATTER: |
|---|---|---|---|
| William F. Cusack, Esq. | April 26, 2007 | (including cover sheet)<br><br>Time: | *Teamsters Local 445 Freight Division Pension Fund and Matter of Withdrawal Liability of Mid-Hudson Steel Corp.*<br>*Our File No. 03-7418* |

**COMMENTS:**

ORIGINAL   WILL  ☒  FOLLOW           FIRST CLASS MAIL   ☒
           WILL NOT ☐ FOLLOW          OVERNIGHT SERVICE  ☐

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT THIS OFFICE IMMEDIATELY AT (914) 328-0366.

### PRIVILEGE AND CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT (OR SOMEONE RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT), PLEASE BE AWARE THAT ANY DISSEMINATION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# MEMORY TRANSMISSION REPORT

```
TIME       : APR-26-2007  15:24
TEL NUMBER : +914-6829128
NAME       : Sapir & Frumkin LLP
```

| | | |
|---|---|---|
| FILE NUMBER | : | 995 |
| DATE | : | APR-26 15:23 |
| TO | : | 19739929125 |
| DOCUMENT PAGES | : | 003 |
| START TIME | : | APR-26 15:23 |
| END TIME | : | APR-26 15:24 |
| SENT PAGES | : | 003 |
| STATUS | : | OK |
| FILE NUMBER | : | 995 |

\*\*\* SUCCESSFUL TX NOTICE \*\*\*

---

**SAPIR & FRUMKIN LLP**
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
WILLIAM F. CUSACK III

*Admitted in N.Y. & CT.
**Admitted in N.Y. & N.J.
^Admitted in N.Y. & MA.

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

## FACSIMILE TRANSMITTAL SHEET

| TO: | FAX NUMBER: |
|---|---|
| 1) Keith R. McMurdy, Esq. | (973) 992-9125 |
| 2) | |
| 3) | |
| 4) | |

| FROM: | DATE: | NO. OF PAGES: 3 | CLIENT/MATTER: |
|---|---|---|---|
| William F. Cusack, Esq. | April 26, 2007 | (including cover sheet) Time: | Teamsters Local 445 Freight Division Pension Fund and Matter of Withdrawal Liability of Mid-Hudson Steel Corp. Our File No. 03-7418 |

**COMMENTS:**

ORIGINAL    WILL        X    FOLLOW            FIRST CLASS MAIL    X
            WILL NOT    ☐    FOLLOW            OVERNIGHT SERVICE   ☐

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT THIS OFFICE IMMEDIATELY AT (914) 328-0366.

### PRIVILEGE AND CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT (OR SOMEONE RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT), PLEASE BE AWARE THAT ANY DISSEMINATION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.